| STATE OF NEW YORK | COURT US DISTRICT | COUNTY | INDEX # 03-30308 |

ESTATE OF JOSE R. FELICIANO, ET AL,

Plaintiff/Petitioner
**AFFIDAVIT OF SERVICE**

against

KEVIN A. MILES, ET AL,

(Defendant(s) Respondent(s))

STATE OF NEW YORK, COUNTY OF: ALBANY

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 yrs of age and resides at: ALBANY, NY

On 2/12/04 at 3:30P .m, at 20 NORTH ST. ALBANY, NY 12204

[X] summons and complaint
[ ] subpoena duces tecum
[ ] citation
[ ] summons with notice
[ ] notice of petition and petition
[ ] subpoena

on LEROY HOLDING COMPANY, INC.

[X] defendant
[ ] respondent
[ ] witness (hereinafter called the recipient) therein named

**INDIVIDUAL 1.** [ ] by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**SUITABLE AGE PERSON 2.** [ ] by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling place [ ] usual place of abode within the state.

**CORPORATION** a DOMESTIC corporation, by delivering thereat a true copy of each to JOSIE BROOKS. Personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be AUTHORIZED AGENT /CORPORATE SEC thereof.

**AFFIXING TO DOOR, ETC. 3.** [ ] By affixing a true copy of each to the door of said premises, which is recipient's actual place of business [ ] dwelling place [ ] usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the following dates:

Despondent talked to _____ who stated recipient [ ] lived [ ] worked there.

**Non Service** [ ] Deponent attempted to effect service on defendant on the above date at the above time and found that defendant [ ] no longer resides at [ ] is unknown at address given.

**Mailing to Residence** [ ] Within 20 days of such delivery or affixing, deponent enclosed a cop of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, on _____.

**Mailing to Business** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's actual place of business, at _____, on _____. In an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore "personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from any attorney or concerned with action against the recipient.

[ ] The mailing was also made by certified mail receipt number _____ within one day after such delivery. [ ] A return receipt was requested.

**Description** [X]
| Sex | Skin color | Hair Color | Approx. Age | Approx. Hgt | Approx. Wgt | Other identifying features |
|---|---|---|---|---|---|---|
| F | WH | BRW | 45 | 5'4 | 125 | |

**Witness Fee** [ ] $_____ the authorized traveling expenses and witness fee [ ] was paid to [ ] was tendered and refused by recipient.

Deponent further state upon information and belief that said person so served is not in the Military service of the State of New York or of the United States as the term is defined in either the State or Federal Statutes.

ALBERT PRAGA, JR.
Notary Public, State of New York
No. X01PR6003290
Qualified in Albany County
Commission Expires March 9, 2006

Sworn to before me on 2/20/04

RAY BRYANT

STATE OF NEW YORK  COURT US DISTRICT  COUNTY  INDEX # 03-30308

ESTATE OF JOSE R. FELICIANO, ET AL,

Plaintiff/Petitioner

**AFFIDAVIT OF SERVICE**

against

(Defendant(s) Respondent(s))

KEVIN A. MILES, ET AL,

STATE OF NEW YORK, COUNTY OF: ALBANY

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 yrs of age and resides at: ALBANY, NY

On 2/12/04 at 3P .m, at 29 MILL ST. ALBANY, NY 12204

[X] summons and complaint
[ ] subpoena duces tecum
[ ] citation
[ ] summons with notice
[ ] notice of petition and petition
[ ] subpoena
[X] defendant
[ ] respondent
[ ] witness  (hereinafter called the recipient) therein named

on SLC TRANSPORT, INC.

**INDIVIDUAL 1.** [ ] by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**SUITABLE AGE PERSON 2.** [ ] by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling place [ ] usual place of abode within the state.

**CORPORATION** a DOMESTIC corporation, by delivering thereat a true copy of each to NORMAN TAYLOR-PRES. Personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be AUTHORIZED AGENT/OWNER thereof.

**AFFIXING TO DOOR, ETC. 3.** [ ] By affixing a true copy of each to the door of said premises, which is recipient's actual place of business [ ] dwelling place [ ] usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there on the following dates:

Despondent talked to _____ who stated recipient [ ] lived [ ] worked there.

**Non Service** [ ] Deponent attempted to effect service on defendant on the above date at the above time and found that defendant [ ] no longer resides at [ ] is unknown at address given.

**Mailing to Residence** [ ] Within 20 days of such delivery or affixing, deponent enclosed a cop of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, on _____.

**Mailing to Business** [ ] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's actual place of business, at _____, on _____. In an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore "personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from any attorney or concerned with action against the recipient.

[ ] The mailing was also made by certified mail receipt number _____ within one day after such delivery. [ ] A return receipt was requested.

**Description** [X]

| Sex | Skin color | Hair Color | Approx. Age | Approx. Hgt | Approx. Wgt | Other identifying features |
|---|---|---|---|---|---|---|
| M | WH | GY | 65 | 5'6 | 165 | GLASSES/BALDING |

**Witness Fee** [ ] $_____ the authorized traveling expenses and witness fee [ ] was paid to [ ] was tendered and refused by recipient.

Deponent further state upon information and belief that said person so served is not in the Military service of the State of New York or of the United States as the term is defined in either the State or Federal Statutes.

ALBERT PRAGA, JR.
Notary Public, State of New York
No. X01PR6003290
Qualified in Albany County
Commission Expires March 9, 2016

Sworn to before me on 2/20/04

Ray Bryant
Print or type name
RAY BRYANT