# United States District Court

_____ DISTRICT OF _____

Estate of Jose R. Feliciano, By and through
Jose L. Feliciano and Migdalia Rosado, as
Administrators of The Estate of Jose R. Feliciano

V.

Kevin A. Miles; LeRoy Holding Company, Inc.;
and SLC Transport, Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

03 - 30308 - MAP

TO: (Name and address of defendant)

Kevin Miles
311 Seminole Street
Troy, NY

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Samuel M. Radner, Esquire
The Haymond Law Firm
999 Asylum Avenue
Hartford, CT 06105

an answer to the complaint which is herewith served upon you, within __Twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE  12/19/03

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 2-21-04

NAME OF SERVER (PRINT): RIC J. TETA

TITLE: CITY MARSHAL

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served:
311 SEMINOLE ST. TROY, N.Y.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-21-04
Date

Signature of Server

Address of Server: 5 BISCAYNE BLVD TROY, N.Y.

NANCY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO4503730
Commission Expires June 30, 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.