UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS                    WESTERN DIVISION

ESTATE OF JOSE R. FELICIANO,         )
By and through Jose L. Feliciano and  )
Migdalia Rosado. as Administrators of )
The Estate of Jose R. Feliciano,      )
Plaintiffs                            )
                                      )
vs.                                   )
                                      )   Civil No. 03-30308-MAP
KEVIN A. MILES,                       )
LEROY HOLDING COMPANY INC.            )
and SLC TRANSPORTS, INC.              )
Defendants                            )

## PARTIES JOINT STATEMENT

Now come the parties in the above-entitled matter and state that they conferred 21 days prior to the scheduling conference, have confirmed their obligations pursuant to Fed.R.Civ.P. 26(b), have considered the desirability of phased discovery, and have prepared the following plan:

1. All amendments to Pleadings are to be filed by October 15, 2004, subject to the provision of Local Rule 1, 5.1 and the Federal Rules of Civil Procedure.
2. All automatic discovery will be served by June 1, 2004.
3. All interrogatories will be served by June 16.2004.
4. All non-expert depositions will be completed by October 8, 2004.
5. The Plaintiff will convey to the Defendants the report as required by Federal Rules of Civil Procedures 26a(2) regarding any expert whose testimony will be offered at trial no later than October 29, 2004.
6. The defendants will, convey to the Plaintiff their Rule 26a(2) report no later than November 5, 2004.
7. All expert depositions will be completed and all discovery will closed on January 31, 2005.
8. The Defendants' Motion for Summary Judgment will be filed no later than. February 28, 2005.
9. The Plaintiff s Opposition to Motion for Summary Judgment will be filed no later than March 30, 2005.

| | |
|---|---|
| THE PLAINTIFF,<br>ESTATE OF .JOSE R FELICIANO,<br>By Its Attorney | THE DEFENDANTS,<br>KEVIN MILES, LEROY HOLDING<br>COMPANY, INC<br>& SLC TRANSPORT, INC.<br>By Their Attorney |

Samuel M. Radner, Esquire
The Haymond Law Firm
999 Asylum Avenue
Hartford, CT 06105
(860)728-5672
(860) 247-9384
BBO No. 565988

Dated: 5/4/04

Kevin G. Murphy, Esquire
Pessolano, Dusel, Murphy & Casartello, PC
115 State Street, Fifth Floor
Springfield, .MA 01103
(413) 781-4700
(413) 781-0471 (Fax)
BBO No. 363110

Dated: 5/5/04