UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ESTATE OF JOSE R. FELICIANO,           )
By and through Jose L. Feliciano and   )
Migdalia Rosado, as Administrators of  )
The Estate of Jose R. Feliciano,       )
                    Plaintiffs )
                            )
vs.                                    )   Civil No. 03-30308-MAP
                            )
KEVIN A. MILES,                        )
LEROY HOLDING COMPANY, INC.,           )
and SLC TRANSPORTS, INC.,              )
                    Defendants )

### DEFENDANTS' CERTIFICATION OF BUDGET AND ADR CONFERENCE

The undersigned hereby certify, pursuant to Local Rule 16.1(D)(3), that on April 27, 2004 and thereafter, they conferred as follows:

a. With a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

b. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: April 27, 2004

THE DEFENDANTS,
KEVIN MILES, LEROY HOLDING
COMPANY, INC. & SLC TRANSPORT, INC.
By Their Attorney

_____
Chuck Murray, M.C.U. Specialist
Zurich American Insurance Company
POB 52217
Boston, MA 02205

_____
Kevin G. Murphy, Esquire
Pessolano, Dusel, Murphy & Casartello, PC
115 State Street, Fifth Floor
Springfield, MA 01103
(413) 781-4700
(413) 781-0471 (fax)
BBO No. 363110