UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS                WESTERN DIVISION

| | |
|---|---|
| ESTATE OF JOSE R. FELICIANO, )<br>By and through Jose L. Feliciano and )<br>Migdalia Rosado, as Administrators of )<br>The Estate of Jose R. Feliciano, )<br>Plaintiffs )<br>)<br>vs. )<br>)<br>KEVIN A. MILES, )<br>LEROY HOLDING COMPANY INC. )<br>and SLC TRANSPORTS, INC. )<br>Defendants ) | Civil No. 03-30308-MAP |

## CERTIFICATION OF COUNSEL IN ACCORDANCE WITH LOCAL RULE 16.4

The plaintiff's attorney, Samuel M. Radner, and Migdalia Rosado and Jose L. Feliciano, the administrators of the estate of Jose R. Feliciano, hereby certify that they have conferred with respect to the following:

1. A view to establish a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and
2. Consideration of resolving the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____          _____
Migdalia Rosado                                      Jose R. Feliciano

_____
Samuel M. Radner