UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ESTATE OF JOSE R. FELICIANO,   )
                Plaintiffs   )
                             )
                             )
    v.   )   Civil Action No. 03-30308-MAP
                             )
                             )
KEVIN A. MILES, et al.,   )
                Defendants   )

SCHEDULING ORDER
May 13, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosure by June 1, 2004.

2. All interrogatories and requests for production of documents shall be served by June 16, 2004.

3. Non-expert depositions shall be completed by October 8, 2004.

4. Plaintiffs shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by October 29, 2004.

5. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by November 5, 2004.

6. All expert depositions shall be completed by January 31, 2005.

7.  Counsel shall appear for a case management conference on February 3, 2005, at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

Dated: May 13, 2004                             /s/ KENNETH P. NEIMAN
                                                Kenneth P. Neiman
                                                U.S. Magistrate Judge