UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTATE OF JOSE R. FELICIANO, <br> By and through Jose L. Feliciano and <br> Migdalia Rosado, as Administrators of <br> The Estate of Jose R. Feliciano, <br>         Plaintiffs <br><br> vs. <br><br> KEVIN A. MILES, <br> LEROY HOLDING COMPANY, INC., <br> and SLC TRANSPORTS, INC., <br>         Defendants | Civil No. 03-30308-MAP |

### DEFENDANTS' MOTION TO EXTEND TIME TO FILE
### PRE-TRIAL CONFERENCE REPORT AND MOTIONS

  Now comes the Defendants in the above-entitled matter and respectfully requests this Honorable Court to extend the time for filing of the Pre-Trial Memorandum, proposed Voir Dire Questions, Pre-Trial Motions in Limine and other outstanding documents from April 21, 2005 until April 26, 2005. In support of this Motion Defendants' Counsel states that he has been unable to properly prepare said documents due to other court appearances in the past ten days.

  Counsel states that said delay will not prejudice any of the parties and all necessary pleadings will be before the Court prior to the April 28, 2005 Pre-Trial Conference.

                  THE DEFENDANTS,
                  KEVIN MILES, LEROY HOLDING
                  COMPANY, INC. & SLC TRANSPORT, INC.
                  By Their Attorney

                  _____
                  Kevin G. Murphy, Esquire
                  Pessolano, Dusel, Murphy & Casartello, PC
                  115 State Street, Fifth Floor
                  Springfield, MA 01103
                  (413) 781-4700
                  (413) 781-0471 (fax)
                  BBO No. 363110

## CERTIFICATE OF SERVICE

I, Kevin G. Murphy, Esquire, hereby certify that on this date, I caused the foregoing document to be served upon the other party (ies) in this action by fax and mailing a copy of same, first class mail, postage prepaid to: Samuel M. Radner, Esq., 999 Asylum Avenue, Hartford, CT 06105.

Dated: April 20, 2005

_____
Kevin G. Murphy, Esq.