UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

| | |
|---|---|
| ESTATE OF JOSE R. FELICIANO, )<br>By and through Jose L. Feliciano and )<br>Migdalia Rosado, as Administrators of )<br>The Estate of Jose R. Feliciano, )<br>　　　　　　　　　　Plaintiffs )<br>　　　　　　　　　　　　　　　　　)<br>vs. )<br>　　　　　　　　　　　　　　　　　)<br>KEVIN A. MILES, )<br>LEROY HOLDING COMPANY, INC., )<br>and SLC TRANSPORTS, INC., )<br>　　　　　　　　　　Defendants )| Civil No. 03-30308-MAP |

## DEFENDANTS' MOTION IN LIMINE REGARDING PHOTOGRAPHS NUMBERED 51 THROUGH 63

Now comes the Defendants in the above-entitled matter and respectfully requests this Honorable Court to preclude from evidence in the trial of this matter photographs number 51 through 63 regarding the funeral of Jose R. Feliciano. In support of this Motion the Defendants state that pursuant to Federal Rules of Evidence 401, 402, and 403 said evidence is not relevant to any material issue in this action, that the proposed photographs have no tendency to make the existence of any fact that is of consequence to the determination of facts more probable or less probable, than it would be without the proposed photographs.

Further, said photographs would unfairly prejudice the Defendants and tend to evoke sympathy for the Plaintiffs from the jury. In accordance with M.G.L. Chap. 229, damages cannot be awarded for grief, anguish and bereavement. MacCuish v. Volkswagen Work, A.G., 22 Mass App. Ct., 380 (1986), Affirmed 400 Mass. 1033 (1987).

　　　　　　　　　　　　　　　　THE DEFENDANTS,
　　　　　　　　　　　　　　　　KEVIN MILES, LEROY HOLDING
　　　　　　　　　　　　　　　　COMPANY, INC. & SLC TRANSPORT, INC.
　　　　　　　　　　　　　　　　By Their Attorney

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Kevin G. Murphy, Esquire
　　　　　　　　　　　　　　　　Pessolano, Dusel, Murphy & Casartello, PC
　　　　　　　　　　　　　　　　115 State Street, Fifth Floor
　　　　　　　　　　　　　　　　Springfield, MA 01103
　　　　　　　　　　　　　　　　(413) 781-4700
　　　　　　　　　　　　　　　　(413) 781-0471 (fax)
　　　　　　　　　　　　　　　　BBO No. 363110