UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

2005 APR 21 P 2: 18

U.S. DISTRICT
DISTRICT OF M...

| | |
|---|---|
| ESTATE OF JOSE R. FELICIANO,<br>By and through Jose L. Feliciano and<br>Migdalia Rosado, as Administrators of<br>The Estate of Jose R. Feliciano,<br>　　　　　　　　　　　　Plaintiffs<br><br>vs.<br><br>KEVIN A. MILES,<br>LEROY HOLDING COMPANY, INC.,<br>and SLC TRANSPORTS, INC.,<br>　　　　　　　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　　Civil No. 03-30308-MAP |

## DEFENDANTS' MOTION IN LIMINE REGARDING PHOTOGRAPHS NUMBERED 68 THROUGH 87

Now comes the Defendants in the above-entitled matter and respectfully requests this Honorable Court to limit the entry into evidence photograph numbered 68 through 87. In support of said Motion the Defendants state that the majority of said photographs are hearsay. More importantly however many of the documents appear to be duplicative and are summarized by Photograph Number 66 which shows the decedent's high school report card.

Wherefore the Defendants respectfully request this Court to limit the admission of said evidence.

THE DEFENDANTS,
KEVIN MILES, LEROY HOLDING
COMPANY, INC. & SLC TRANSPORT, INC.
By Their Attorney

Kevin G. Murphy, Esquire
Pessolano, Dusel, Murphy & Casartello, PC
115 State Street, Fifth Floor
Springfield, MA 01103
(413) 781-4700
(413) 781-0471 (fax)
BBO No. 363110