UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTATE OF JOSE R. FELICIANO, )<br>By and through Jose L. Feliciano and )<br>Migdalia Rosado, as Administrators of )<br>The Estate of Jose R. Feliciano, )<br>         Plaintiffs )<br>         )<br>vs. )<br>         )<br>KEVIN A. MILES, )<br>LEROY HOLDING COMPANY, INC., )<br>and SLC TRANSPORTS, INC., )<br>         Defendants ) | FILED<br>CLERK'S OFFICE<br><br>2005 APR 21 P 2: 18<br><br>U.S. DISTRICT<br>DISTRICT OF MA<br><br>Civil No. 03-30308-MAP |

## DEFENDANTS' MOTION IN LIMINE REGARDING PHOTOGRAPHS NUMBERED 93 THROUGH 95

  Now comes the Defendants in the above-entitled matter and respectfully requests this Honorable Court to preclude the entry into evidence photographs number 93 through 95 which depict handwritten notes allegedly written by Jose R. Feliciano. Said notes are hearsay and do not come within any exception to the hearsay rule. Further, said notes are not irrelevant to the facts to be determined by the jury.

                THE DEFENDANTS,
                KEVIN MILES, LEROY HOLDING
                COMPANY, INC. & SLC TRANSPORT, INC.
                By Their Attorney

                _/s/ Kevin G. Murphy_
                Kevin G. Murphy, Esquire
                Pessolano, Dusel, Murphy & Casartello, PC
                115 State Street, Fifth Floor
                Springfield, MA 01103
                (413) 781-4700
                (413) 781-0471 (fax)
                BBO No. 363110