UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTATE OF JOSE R. FELICIANO, )<br>By and through Jose L. Feliciano and )<br>Migdalia Rosado, as Administrators of )<br>The Estate of Jose R. Feliciano, )<br>                        Plaintiffs )<br>)<br>vs. )<br>)<br>KEVIN A. MILES, )<br>LEROY HOLDING COMPANY, INC., )<br>and SLC TRANSPORTS, INC., )<br>                        Defendants ) | FILED<br>IN CLERK'S OFFICE<br><br>2005 APR 21 P 2: 18<br><br>U.S. DISTRICT<br>DISTRICT OF MASS.<br><br>Civil No. 03-30308-MAP |

## DEFENDANTS' MOTION IN LIMINE REGARDING PHOTOGRAPH NUMBER 97

Now comes the Defendants in the above-entitled matter and respectfully requests this Honorable Court to preclude the entry into evidence photograph numbered 97 which depicts J.P. Graphics business records. Said documents are hearsay and do not come within any exception to the hearsay rule. Further, said notes are not irrelevant to the facts to be determined by the jury.

                                          THE DEFENDANTS,
                                          KEVIN MILES, LEROY HOLDING
                                          COMPANY, INC. & SLC TRANSPORT, INC.
                                          By Their Attorney

                                          _/s/ Kevin G. Murphy_
                                          Kevin G. Murphy, Esquire
                                          Pessolano, Dusel, Murphy & Casartello, PC
                                          115 State Street, Fifth Floor
                                          Springfield, MA 01103
                                          (413) 781-4700
                                          (413) 781-0471 (fax)
                                          BBO No. 363110