UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 APR 21  P 2: 18

U.S. DISTRICT C...
DISTRICT OF M...

| | |
|---|---|
| ESTATE OF JOSE R. FELICIANO, ) <br> By and through Jose L. Feliciano and ) <br> Migdalia Rosado, as Administrators of ) <br> The Estate of Jose R. Feliciano, ) <br> Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> KEVIN A. MILES, ) <br> LEROY HOLDING COMPANY, INC., ) <br> and SLC TRANSPORTS, INC., ) <br> Defendants ) | Civil No. 03-30308-MAP <br><br> **DOCKETED** |

### DEFENDANTS' MOTION IN LIMINE REGARDING PHOTOGRAPH NUMBER 99

Now comes the Defendants in the above-entitled matter and respectfully requests this Honorable Court to preclude the entry into evidence photograph number 99 which depicts the State of New York Commercial Driver's Manual. Said manual is hearsay and does not come within any exception to the hearsay rule.

THE DEFENDANTS,
KEVIN MILES, LEROY HOLDING
COMPANY, INC. & SLC TRANSPORT, INC.
By Their Attorney

Kevin G. Murphy, Esquire
Pessolano, Dusel, Murphy & Casartello, PC
115 State Street, Fifth Floor
Springfield, MA 01103
(413) 781-4700
(413) 781-0471 (fax)
BBO No. 363110

