UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS FILED
IN CLERK'S OFFICE

2005 APR 21  P 2: 18

U.S. DISTRICT COU...
DISTRICT OF MA...

| | | |
|---|---|---|
| ESTATE OF JOSE R. FELICIANO, | ) | |
| By and through Jose L. Feliciano and | ) | |
| Migdalia Rosado, as Administrators of | ) | |
| The Estate of Jose R. Feliciano, | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | Civil No. 03-30308-MAP |
| | ) | |
| KEVIN A. MILES, | ) | |
| LEROY HOLDING COMPANY, INC., | ) | |
| and SLC TRANSPORTS, INC., | ) | |
| Defendants | ) | |

## DEFENDANTS' MOTION IN LIMINE REGARDING
## JOSE FELICIANO'S 2002 TAX RETURNS

Now comes the Defendants in the above-entitled matter and respectfully requests this Honorable Court to preclude the entry into evidence of Jose R. Feliciano's 2002 Tax Returns. Said tax returns are hearsay and there is no claim for lost wages on behalf of the Estate or net profits to the decedent's heirs. Wherefore said records would be irrelevant to the determination of any fact by the jury.

THE DEFENDANTS,
KEVIN MILES, LEROY HOLDING
COMPANY, INC. & SLC TRANSPORT, INC.
By Their Attorney

Kevin G. Murphy, Esquire
Pessolano, Dusel, Murphy & Casartello, PC
115 State Street, Fifth Floor
Springfield, MA 01103
(413) 781-4700
(413) 781-0471 (fax)
BBO No. 363110