UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 APR 21 P 2: 18

U.S. DISTRICT COURT
DISTRICT OF MA

| | |
|---|---|
| ESTATE OF JOSE R. FELICIANO, ) | |
| By and through Jose L. Feliciano and ) | |
| Migdalia Rosado, as Administrators of ) | |
| The Estate of Jose R. Feliciano, ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | Civil No. 03-30308-MAP |
| ) | |
| KEVIN A. MILES, ) | |
| LEROY HOLDING COMPANY, INC., ) | |
| and SLC TRANSPORTS, INC., ) | |
| Defendants ) | |

### DEFENDANTS' MOTION IN LIMINE REGARDING MEDICAL EXAMINER'S POST MORTEM EXAMINATION REPORT

Now comes the Defendants in the above-entitled matter and respectfully requests this Honorable Court to preclude the entry into evidence of the Post-Mortem Examination Report of Jennifer Lipman, M.D. In support of this Motion the Defendants state that said report is hearsay and does not fall within any of the exception to the hearsay rule. Further, the report is not a public record and therefore would not be admissible under Rule 803. The testimony of Dr. Lipman would be admissible if she were called to testify.

THE DEFENDANTS,
KEVIN MILES, LEROY HOLDING
COMPANY, INC. & SLC TRANSPORT, INC.
By Their Attorney

/s/ Kevin G. Murphy

Kevin G. Murphy, Esquire
Pessolano, Dusel, Murphy & Casartello, PC
115 State Street, Fifth Floor
Springfield, MA 01103
(413) 781-4700
(413) 781-0471 (fax)
BBO No. 363110