UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTATE OF JOSE R. FELICIANO,<br>By and through Jose L. Feliciano and<br>Migdalia Rosado, as Administrators of<br>The Estate of Jose R. Feliciano,<br>    Plaintiffs<br><br>vs.<br><br>KEVIN A. MILES,<br>LEROY HOLDING COMPANY, INC.,<br>and SLC TRANSPORTS, INC.,<br>    Defendants | FILED<br>IN CLERK'S OFFICE<br><br>2005 APR 21  P 2: 18<br><br>U.S. DISTRICT COURT<br>Civil No. 03-30308-MAP |

## DEFENDANTS' MOTION IN LIMINE REGARDING PLAINTIFF'S EXPERT'S ACCIDENT SIMULATION AND SLIDE SHOW

Now comes the Defendants in the above-entitled matter and respectfully requests this Honorable Court to preclude from evidence the computer simulation of the accident and expert's slide show created by Jack Sparks, PhD. In support of this Motion the Defendants state that said evidence should not be introduced before the jury until opinions of Jack Sparks, PhD have been accepted by the Court. Further, the Defendants state that said compact discs are is only chalks or diagrams which would not be admissible as evidence.

THE DEFENDANTS,
KEVIN MILES, LEROY HOLDING
COMPANY, INC. & SLC TRANSPORT, INC.
By Their Attorney

_____
Kevin G. Murphy, Esquire
Pessolano, Dusel, Murphy & Casartello, PC
115 State Street, Fifth Floor
Springfield, MA 01103
(413) 781-4700
(413) 781-0471 (fax)
BBO No. 363110