✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Estate of Jose Feliciano, et al.

**NOTICE**

V.

Kevin Miles, et al.                                                             CASE NUMBER:   03-30308-KPN

TYPE OF CASE:

☒ **CIVIL**             **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

TYPE OF PROCEEDING

FINAL PRETRIAL CONFERENCE

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **4/28/05 at 2:00** | **April 29, 2005, at 2:30 p.m.** |

SARAH A. THORNTON, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

April 21, 2005                                                                     /s/ _____   /s/ Bethaney A. Healy
DATE                                                                                    (BY) DEPUTY CLERK

TO:     ALL  COUNSEL OF RECORD