UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS                           WESTERN DIVISION

ESTATE OF JOSE R. FELICIANO,          )
By and through Jose L. Feliciano and  )
Migdalia Rosado, as Administrators of )
The Estate of Jose R. Feliciano,      )
                        Plaintiffs    )
                                      )
vs.                                   )      Civil No. 03-30308-MAP
                                      )
KEVIN A. MILES,                       )
LEROY HOLDING COMPANY, INC.,          )
and SLC TRANSPORTS, INC.,             )
                        Defendants    )

## DEFENDANTS' PROPOSED JURY VOIR DIRE

1. Have you or a member of your family, close relative or friend ever been injured as a result of an automobile accident? If so, would this in any way affect your ability to sit and render a fair and impartial verdict in this case?

2. Do you or any member of your family, close relative or friend possess a commercial driver's license or driven a tractor trailer truck in the course of their employment? Would this in any way affect your ability to sit and render to a fair and impartial verdict in this case?

3. This case involves the death of young man as a result of an accident on the Massachusetts Turnpike on February 11, 2003. Would this fact in any way affect your ability to sit and render a fair and impartial verdict based upon the evidence and testimony in this case?

4. Are you or any member of your family, close relative or friend a member of the Armed Forces, Army National Guard or Massachusetts National Guard? If so, please specify the branch of service. Would this fact in nay way affect your ability to sit and render a fair and impartial verdict in this case?

5. Understand that the burden of proof is on the Plaintiff and that this proof never shifts to the Defendant. Keeping this in mind, is there is any reason that would affect your ability to sit and render a fair and just verdict based upon the evidence heard in the courtroom?

|  |  |
|---|---|
|  | THE DEFENDANTS,<br>KEVIN MILES, LEROY HOLDING<br>COMPANY, INC. & SLC TRANSPORT, INC.<br>By Their Attorney |
| Dated: April 26, 2005 | _____<br>Kevin G. Murphy, Esquire<br>Pessolano, Dusel, Murphy & Casartello, PC<br>115 State Street, Fifth Floor<br>Springfield, MA 01103<br>(413) 781-4700<br>(413) 781-0471 (fax)<br>BBO No. 363110 |