## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS
### WESTERN DIVISION

FILED
CLERK'S OFFICE
2005 MAY -2 P 3: 49
U.S. DISTRICT COURT
DISTRICT OF MASS

ESTATE OF JOSE R. FELICIANO, )
By and through Jose L. Feliciano and )
Migdalia Rosado, as Administrators of )
The Estate of Jose R Feliciano, )
                              Plaintiff )
vs. )
                                  )
KEVIN A. MILES, )
LEROY HOLDING COMPANY, INC., )
and SLC TRANSPORTS, INC., )
                            Defendants )

Civil No. 03-30.308-MAP

## SPECIAL VERDICT FORM

We, the Jury impaneled and sworn in the above matter, make the following answers to the questions asked by the Court:

1. Was the defendant Kevin Miles negligent?

YES_____ NO_____

2. Was such negligence a substantial factor in causing Jose R. Feliciano's death?

YES_____ NO_____

3. Was the Defendant Kevin Miles acting within the scope of his employment for SLC Transport, Inc. at the time of the accident of February 11, 2003?

YES_____ NO_____

4. Was the Defendant Leroy Holding Company the owner of the vehicle operated by Defendant Kevin Miles on February 11, 2003?

YES_____ NO_____

5. Has Defendant Leroy Holding Company shown that it is not responsible for the actions of Defendant Kevin Miles on February 22, 2003?

YES_____ NO_____

6. Was the defendant Kevin Miles grossly negligent?

YES_____ NO_____

7. Was any such gross negligence a substantial factor in causing Jose R. Feliciano's death?

YES_____ NO_____

8. Did the defendant act maliciously, willfully, wantonly, or recklessly?

YES_____ NO_____

9. Was any such malicious, willful, wanton, or reckless conduct a substantial factor in causing Jose R. Feliciano's death?

YES_____ NO_____

10. What is the fair monetary value of decedent to each of the next of kin? (Specify the amount separately with respect to each of the next of kin.)

A. Jose L. Feliciano, father

$_____(AMOUNT IN FIGURES)

_____(AMOUNT IN WORDS)

B. Migdalia Rosado, mother

$_____(AMOUNT IN FIGURES)

_____(AMOUNT IN WORDS)

11. What are the fair and reasonable funeral and burial expenses?

$_____(AMOUNT IN FIGURES)

_____(AMOUNT IN WORDS)

(If your answer is YES to Questions 6 or 8, answer Question 12.)

12. What are the amounts of punitive damages for which you found defendant Kevin Miles liable?

$_____(AMOUNT IN FIGURES) [MINIMUM $5,000]

_____(AMOUNT IN WORDS)

If you answered YES to Question 2, answer the following question.

13. Was Jose R. Feliciano negligent?

YES_____ NO_____

14. Was any such negligence of Jose R. Feliciano a substantial factor in causing Jose R. Feliciano's death?

YES_____ NO_____

15. What percentage of fault is attributable to:

A. Defendant Kevin Miles            _____

B. Decedent Jose R. Feliciano       _____

TOTAL                               _____


_____ FOREPERSON

Respectfully submitted,
The Plaintiff
**ESTATE OF JOSE R. FELICIANO**
By Its attorneys

Samuel M. Radner, Esquire
**The Haymond Law Firm, P.C.**
999 Asylum Avenue
Hartford, CT 06105
(860) 728-5672
BBO# 565988

Dated: 5/2/05