Rec'd in Court
05/09/05
[signature]

Defendant's Witness List

Kevin Miles
    Seminole St
Troy NY


John Jackubowski
Mass State Police
New Braintree, MN

Americo DiLorenzo
Mass State Police
Charlton Barracks