Filed in court
05-09-05
[signature]

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS                    WESTERN DIVISION

ESTATE OF JOSE R. FELICIANO,           )
By and through Jose L. Feliciano and   )
Migdalia Rosado, as Administrators of  )
The Estate of Jose R Feliciano,        )
                          Plaintiff    )
vs.                                    )        Civil No. 03-30.308-MAP
                                       )
KEVIN A. MILES,                        )
LEROY HOLDING COMPANY, INC.,           )
and SLC TRANSPORTS, INC.,              )
                          Defendants   )

## PLAINTIFF'S WITNESS LIST

Stephen Moore
17 Alden Street
Poughkeepsie, NY 12603

Pablo Morales
10 Chestnut Street
Apartment 2503
Springfield, MA 01103

Dawn Rodgers
180 Benz Street
Springfield, MA 01118

Pedro Rivera-Moran
Roger L. Putnam Vocational Techinical High School
1300 State Street
Springfield, MA 01109

Dennis Fenton
644 Armory Street
Springfield, MA 01104

Clayton Arline
75 Kingsley Street
Springfield, MA 01104

Melissa Feliciano
66 Redland Street
Springfield, MA 01107

Migdalia Rosado
66 Redland Street
Springfield, MA 01107

Jose L. Feliciano
66 Redland Street
Springfield, MA 01107

Kevin Miles
311 Seminole Street
Troy, NY 12182

Jack Sparks, Ph.D.
3065 Highway 29 South
Cantonment, FL 32533

                      Respectfully submitted,
                      By the Plaintiff,
                      **The Estate of Jose R. Feliciano**

                      Samuel M. Radner, Esq.
                      The Haymond Law Firm, P.C.
                      999 Asylum Avenue
                      Hartford, CT 06105
                      (860) 728-5672
                      BBO # 565988
                      Plaintiffs Attorneys

Dated: 5/9/05