*[handwritten: 05.09.05]*

## UNITED STATES DISTRICT COURT

**DISTRICT OF MASSACHUSETTS**          **WESTERN DIVISION**

ESTATE OF JOSE R. FELICIANO,           )
By and through Jose L. Feliciano and   )
Migdalia Rosado, as Administrators of  )
The Estate of Jose R Feliciano,        )
                  Plaintiff )
vs.                                    )   Civil No. 03-30.308-MAP
                                  )
KEVIN A. MILES,                        )
LEROY HOLDING COMPANY, INC.,           )
and SLC TRANSPORTS, INC.,              )
                  Defendants )

## EXHIBIT LIST

### JOINT EXHIBITS

| | |
|---|---|
| 1 | Birth Certificate of Jose Rafael Feliciano |
| 2 | Death Certificate of Jose Rafael Feliciano |
| 3 | Puerta Del Cielo Funeral Bill for Jose Rafael Feliciano's Funeral |
| 4-39 | Massachusetts State Police Crime Scene Services Photo Log for February 11, 2003 |
| 40 | Trooper Jakubowski's handwritten notes containing measurements of the accident |
| 41 | Medical Examiner's Postmortem Examination Report of Jose Rafael Feliciano |
| 42 | Photograph of Jose R. Feliciano and Melissa Feliciano |
| 43 | Photograph of Jose R. Feliciano in High School Football Uniform |
| 44 | Photograph of Jose R. Feliciano in High School Football Uniform |
| 45 | Photograph of Jose R. Feliciano in High School Football Uniform |
| 46 | Photograph of Jose R. Feliciano in Army National Guard Uniform |
| 47 | Photograph of Jose R. Feliciano in Army National Guard Uniform |
| 48 | Photograph of Jose R. Feliciano Sitting on a Tank in Uniform |

| | |
|---|---|
| 49 | Photograph of Jose R. Feliciano for 2001 Putnam Vocational High School Yearbook |
| 50 | Jose R. Feliciano's Armed Services Identification Card |
| 51 | Jose R. Feliciano's High School Report Card |
| 52 | Jose R. Feliciano's Fifth Grade Report Card |
| 53 | Department of the Army, Certificate of Training – Completion of Basic Combat Training, August 31, 2000 |
| 54 | US Army Ordnance Corps – Certificate of Affiliation, December 17, 2001 |
| 55 | Certificate of Award – Army Achievement Medal – January 2003 |
| 56 | Honorable Service Certificate |
| 57 | US Army Ordnance – Missle and Munitions Center and School, Graduate Certificate, December 19, 2001 |
| 58 | JP Graphics Logo and Business Cards |
| 59 | Sacraments |

**For Identification**

| | |
|---|---|
| 1 | Photograph of Flag Folding at Funeral of Jose R. Feliciano - Objected |
| 2 | Photograph of Parents Receiving Flag at Jose R. Feliciano's Funeral - Objected |
| 3 | Photograph of Feliciano Family Releasing Doves at Funeral |
| 4 | Putnam High School Certificate of Excellence – First Honors, First Marking Period, 1997 |
| 5 | Putnam High School Certificate of Excellence – First Honors, Second Marking Period, 1997-1998 |
| 6 | Putnam High School Certificate of Football Team Membership, 1997 |
| 7 | Putnam High School Certificate of Wrestling Team Membership, 1997-1998 |
| 8 | Putnam High School Certificate of Football Team Membership, 1998 |

| | |
|---|---|
| 9 | Putnam High School Certificate of Excellence – First Honors, Third Marking Period, 1998 |
| 10 | Putnam High School Student of the Month Certificate, May 1998 |
| 11 | Putnam High School Certificate of Excellence – Third, First Marking Period, 1998 |
| 12 | Hampden County Summer Youth Employment and Training Program, Certificate of Completion, August 14, 1998 |
| 13 | Putnam High School Certificate of Wrestling Team Membership, 1998-1999 |
| 14 | Putnam High School Certificate of Football Team Membership, 1999 |
| 15 | Putnam High School Certificate of Excellence - Second Honors, Third Marking Period, 1999 |
| 16 | Putnam High School Certificate of Excellence for Outstanding Performance in Entrepreneurship, May 25, 2001 |
| 17 | Putnam High School Competency Certificate for Computer Technology, June 4, 2001 |
| 18 | MassMutual Acceptance Letter and Certificate for Academic Honors – 1999 |
| 19 | MassMutual Acceptance Letter for Academic Honors – 2001 |
| 20 | Certificate from Springfield Police Department for Springfield Citizen's Police Academy Cop Shop – May 15, 2001 |
| 21 | Entrepreneurial Institute At STCC – Letter of Selection for YES Program's Entrepreneur of the Year - 2001 |
| 22 | Jose R. Feliciano's May 2001 Journal Notation |
| 23 | Jose R. Feliciano's Handwritten House Buying Investment Plan |
| 24 | Jose R. Feliciano's Handwritten Truck Investment Plan |
| 25 | Computerized Simulation of Accident |
| 26 | Expert Slide Show |

| The Plaintiff | The Defendants |
|---|---|
| **Estate of Jose R. Feliciano** | **Kevin Miles, SLC Transport, Inc.,** |
| By Its Attorneys | **Leroy Holding Company** |
| | By Their Attorneys |
| *(signature)* | *(signature)* |
| Samuel M. Radner, Esq. | Kevin Murphy, Esq. |
| The Haymond Law Firm, P.C. | Pessalano, Dusel, Murphy & Carsartello, P.C. |
| 999 Asylum Avenue | 115 State Street, Fifth Floor |
| Hartford, CT 06105 | Springfield, MA 01103 |
| (860) 728-5672 | (413) 781-4700 |
| BBO # 565988 | BBO # 363110 |