# UNITED STATES DISTRICT COURT
## District of Massachusetts

| | | |
|---|---|---|
| ESTATE OF JOSE R. FELICIANO,<br>Plaintiff | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| v. | ) | Civil Action No. 03-30308-KPN |
| | ) | |
| KEVIN A. MILES, et al.,<br>Defendants | ) | |

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

In accord with the court's ruling on May 12, 2005, judgment is entered for Defendants as to Counts 3 and 6, insofar as Plaintiff sought punitive damages for malicious, willful or reckless conduct.

In accord with the jury's verdict entered on May 13, 2005, judgment is entered for Plaintiff in the amount $290,000, plus pre-judgment interest in the amount of $49,005.66; judgment is entered for the Plaintiff in the amount of $85,000, in punitive damages, for a total award of $424,005.66.

May 17, 2005
Date

Sarah A. Thornton
Clerk

By: _____
Deputy Clerk

APPROVED AS TO FORM:

Kenneth P. Neiman