# UNITED STATES DISTRICT COURT

**DISTRICT OF MASSACHUSETTS**                    **WESTERN DIVISION**

| | | |
|---|---|---|
| ESTATE. OF JOSE R. FELICIANO, | ) | |
| By and through Jose L. Feliciano and | ) | |
| Migdalia Rosado, as Administrators of | ) | |
| The Estate of Jose R Feliciano, | ) | |
| Plaintiff | ) | |
| vs. | ) | **Civil No. 03-30308** |
| | ) | |
| KEVIN A. MILES, | ) | |
| LEROY HOLDING COMPANY, INC., | ) | |
| and SLC TRANSPORTS, INC., | ) | |
| Defendants | ) | |

## PLAINTIFFS' BILL OF COSTS

NOW COME the Plaintiffs, Jose L. Feliciano and Migdalia Rosado, as administrators of the estate of Jose R. Feliciano, pursuant to F.R.C.P. 54(d), U.S.C.A. §1920, and U.S.C.A. §1821, and hereby request this Court to tax the following costs and include said costs on the judgment in this case:

| Exhibit | Description | Cost |
|---|---|---|
| 1 | Filing Fee United States District Court | $150.00 |
| 2 | Capitol Process Associates – Marshal Service of Process | $90.00 |
| 3 | Legal Works, Inc. – Marshal Service of Process | $52.75 |
| 4 | Philbin & Associates – Court Reporter - Deposition | $386.25 |
| 5 | Philbin & Associates – Court Reporter – Deposition | $661.00 |
| 6 | Philbin & Associates – Court Reporter – Deposition | $226.10 |
| 7 | Philbin & Associates – Court Reporter – Deposition | $574.75 |
| 8 | Wierzbicki & Stephenson – Court Reporter | $411.85 |
| 9 | Dutchess County Sheriff's Department – Marshal Service | $30.00 |
| 10 | Hampden County Sheriffs, Inc. – Witness Subpoena – Trial | $71.76 |
| 11 | Hampden County Sheriffs, Inc. – Witness Subpoena – Trial | $71.76 |
| 12 | Hampden County Sheriffs, Inc. – Witness Subpoena – Trial | $300.76 |
| 13 | First Constable Service – Witness Subpoena – Trial | $100.00 |
| 14 | Jack Sparks, PhD – Travel Expenses - §1821 | $2,887.50 |
| 15 | Jack Sparks, PhD – Hotel, Flight, Car Rental | $737.39 |
| 16 | Jack Sparks, PhD – Trial Exhibits | $7,209.38 |
| | (see §1921, Hansen v. Bradley, D.C.Md. 1953, 114 F.Supp. 382; and In re Kulicke & Soffa Industries, Inc. Securities Litigation, E.D.Pa. 1990, 747 F. Supp. 1136) | |
| Per Statute | Jack Sparks, PhD – Witness Fee for Trial Testimony - §1821(b) | $40.00 |
| Per Rule | Reasonable Attorney's Fees - FRCP 4(d)(5) | $500.00 |

**TOTAL**                                                              **$14,501.25**

Respectfully submitted,
By the Plaintiff,
**The Estate of Jose R. Feliciano**

_(signature)_

Samuel M. Radner, Esq.
The Haymond Law Firm, P.C.
999 Asylum Avenue
Hartford, CT 06105
(860) 728-5672
BBO # 565988
Plaintiffs Attorneys

Dated: ___5/20/05___

## CERTIFICATION

I, Samuel M. Radner, Esquire hereby certify that a copy of the foregoing was mailed postage pre-paid to the following counsel and pro se parties of record on May 20, 2005:

Kevin G. Murphy, Esquire
Pessalano, Dusel, Murphy & Casartello, P.C.
115 State Street, 5th Floor
Springfield, MA 01103

_(signature)_

Samuel M. Radner, Esquire

OPERATING ACCOUNT

39565

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------|------------|
| 7338 UNITED STATES DISTRICT COURT | | | | | CHECK |
| 12/17/03 | E/O JOSE FELICIANO/13999/MARY FELICIANO | | 150.00 | | 150.00 |

PLAINTIFF'S
EXHIBIT

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross: | 150.00 | Ded: | 0.00 | Net: | 150.00 |
|------------|----------------|----------|--------|--------|------|------|------|--------|
| 12/17/03 | 39565 | | | | | | | |

**THE HAYMOND LAW FIRM, PC**
OPERATING ACCOUNT
PENTHOUSE SUITE, 999 ASYLUM AVENUE
HARTFORD, CT  06105-2450
(860) 728-5672
**VOID AFTER 90 DAYS**

FLEET
SMALL BUSINESS SERVICES
HARTFORD, CT
51-57-119

39565

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 12/17/03 | 39565 | ****$150.00 |

*** ONE HUNDRED FIFTY & 00/100 DOLLARS

PAY
TO THE
ORDER
OF:

UNITED STATES DISTRICT COURT
1550 MAIN STREET
SPRINGFIELD  MA  01103

TWO SIGNATURES REQUIRED IF OVER $10,000
UNLESS, JOHN HAYMOND

⑈039565⑈ ⑆011900571⑆ 94078 06656⑈

**THE HAYMOND LAW FIRM, PC**
OPERATING ACCOUNT

VENDOR: 7338  UNITED STATES DISTRICT COURT

39565

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 12/17/03 | E/O JOSE FELICIANO/13999/MARY FELICIANO | | 150.00 | | 150.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 12/17/03 | 39565 | 150.00 | 0.00 | 150.00 |

DELUXE BUSINESS FORMS  1·800-328-0304  www.deluxeforms.com



**CAPITOL
PROCESS
ASSOCIATES**



PLAINTIFF'S
EXHIBIT
2

*BILL TO:*

THE HAYMOND LAW FIRM
THE PENTHOUSE,999 ASYLUM
HARTFORD,CT 06105

*Invoice #* 4089
*Date:* 2/19/04

| Caption: | FELICIANO | Plaintiff/Petitioner | Court: US DISTRICT |
|---|---|---|---|
| | Vs. | | County:_____ |
| | MILES | Defendant/Respondent | Index or Docket #:_____ |
| Re: | | | Date Rec'd:_____ |
| | | | Last Day To Serve:_____ |

Docs Served:     S & C _____     Date Served:_____
Or     _____     Served By:_____
Svc.Provided:     _____     Placed Served: _____

| Date | Service Description | Service Fee | Fee Prepaid |
|---|---|---|---|
| 2/12/04 | SLC TRANSPORT INC | 45.00 | |
| " | LEROY HOLDING CO.INC | 45.00 | |

| Terms: | Total Amount Due = | 90.00 |
|---|---|---|

Toll Free: 1.888.879.7100     ●     Ph: 518.432.1508     ●     Fx: 518.432.1427

PO Box 1295     ●     Albany, New York  12201-1295

# Legal·Works
#### — INCORPORATED

P. O. BOX 435 • CLINTON • NEW YORK 13323-0435        PH: 315.737.9800 • FAX: 315.737.0055 • E MAIL: gregg@legal-works.com

**PLAINTIFF'S
EXHIBIT
3**

Invoice # 0401159
February 26, 2004

LegalWorks Tax I.D. No: 16-1561259

The Haymond Law Firm
Mary Radner, Paralegal
The Penthouse, 999 Asylum Ave.
Hartford, CT 06105

| | | | |
|---|---|---|---|
| **Caption:** | *Estate of jose R. Feliciano, et al,* | Plaintiff/Petitioner | Date Received: 2/11/2004 |
| | *vs* | | Serve By Date: 2/21/2004 |
| | *Kevin A. Miles, et al,* | Defendant/Respondent | Docket or ID #: 03-30308-MAP |
| | | | Court: United States District Court Western |
| **Re:** | **Kevin A. Miles** | | County: MA Dist. |

Docs. Served: Summons and Complaint                    Attny's File #:
OR
Svc. Provided:                                          Date Served: 2/21/2004
                                                        Place Served: 311 Seminole St Troy, NY

| Date | Service Description | Service Fee | Fee Prepaid |
|---|---|---|---|
| 2/21/2004 | Process Serving | $52.75 | |
| | **Total Service Fees and Total Fees Prepaid:** | $52.75 | |

Terms: Payment is due upon receipt of this Invoice.
A Monthly Service Charge of $10.00 will be added each month after 30 days.

**Total Amount Due =**        $52.75

**Remarks:**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this section with your payment. Make checks payable to *Legal·Works Inc.*

The Haymond Law Firm

The Penthouse, 999 Asylum Ave.
Hartford, CT 06105

Serve To: Kevin A. Miles

Your File No.:

Invoice·Work Order #  0401159
Invoice Date:   February 26, 2004
Attorney's ID#  A128

**Legal·Works Inc.
P.O. Box 435
Clinton, NY 13323-0435**

**Total Amount Due = $52.75**

**Amount Enclosed** _____



*PHILBIN & ASSOCIATES, INC.*
*959 MAIN STREET*
*SPRINGFIELD, MA  01103*
*Phone #: (413)733-4078  Fax #: (413)734-4588*

To:

| |
|---|
| ATTY. SAMUEL M. RADNER |
| HAYMOND LAW FIRM |
| THE PENTHOUSE |
| HARTFORD, CT  06105 |

Employer I.D. No. 04-2316011

| Statement Date: |
|---|
| 9/07/2004 |

| Invoice No. |
|---|
| 14,249 |

PLEASE REFERENCE THIS INVOICE
NUMBER WHEN REMITTING

**RE: FELICIANO VS. MILES**

Deposed: **PABLO  MORALES**              Cause No.: **03-30308-MAP**

Deposition Date: **8/23/2004**           Reporter: **SARAH MUBAREK**

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| OT1 | ORIGINAL TRANSCRIPT | 115 | 3.25 | 373.75 |
| PHC | POSTAGE & HANDLING CHARGE | 1 | 12.50 | 12.50 |

**TERMS:**

**PAYABLE UPON RECEIPT.  NONTRANSFERABLE**

**Total:** **386.25**

To insure proper credit, please enclose a
copy of this invoice with payment.

| TOTAL BALANCE DUE: | 386.25 |
|---|---|

**PHILBIN & ASSOCIATES, INC.**
*959 MAIN STREET*
*SPRINGFIELD, MA  01103*
*Phone #: (413)733-4078  Fax #: (413)734-4588*



Employer I.D. No. 04-2316011

To:

ATTY. SAMUEL M. RADNER
HAYMOND LAW FIRM
THE PENTHOUSE
HARTFORD, CT 06105

| Statement Date: |
| --- |
| 10/04/2004 |
| Invoice No. |
| 14,427 |

PLEASE REFERENCE THIS INVOICE
NUMBER WHEN REMITTING

RE:  FELICIANO VS. MILES

Deposed:  KEVIN  MILES

Deposition Date:  9/30/2004

Cause No.:  03-30308-MAP

Reporter:  LAURIE MONAGHAN

| Code | Description | Qty | Amount | Charges |
| --- | --- | --- | --- | --- |
| OE | ORIGINAL TRANSCRIPT - EXPEDITED | 143 | 4.50 | 643.50 |
| PHC | POSTAGE & HANDLING CHARGE | 1 | 17.50 | 17.50 |

**TERMS:**
**PAYABLE UPON RECEIPT.  NONTRANSFERABLE**

**Total:**  661.00

To insure proper credit, please enclose a
copy of this invoice with payment.

| TOTAL BALANCE DUE: | 661.00 |
| --- | --- |

# PHILBIN & ASSOCIATES, INC.
**959 MAIN STREET**
**SPRINGFIELD, MA  01103**
**Phone #: (413)733-4078  Fax #: (413)734-4588**

PLAINTIFF'S
EXHIBIT
6

To:

Employer I.D. No. 04-2316011

| | |
|---|---|
| **ATTY. SAMUEL M. RADNER** | **Statement Date:** |
| **HAYMOND LAW FIRM** | **10/18/2004** |
| **THE PENTHOUSE** | **Invoice No.** |
| **HARTFORD, CT 06105** | **14,551** |

PLEASE REFERENCE THIS INVOICE
NUMBER WHEN REMITTING

RE:  FELICIANO VS. MILES

Deposed:  **JOSE FELICIANO & MIGDALIA ROSADO**        Cause No.:  **03-30308-MAP**

Deposition Date:  **10/06/2004**        Reporter:  **SARAH MUBAREK**

| Code | Description | Qty | Amount | Charges |
|------|-------------|-----|--------|---------|
| TC | COPY OF TRANSCRIPTS | 89 | 2.40 | 213.60 |
| PHC | POSTAGE & HANDLING CHARGE | 1 | 12.50 | 12.50 |

**TERMS:**

**PAYABLE UPON RECEIPT.  NONTRANSFERABLE**

**Total:**        **226.10**

To insure proper credit, please enclose a
copy of this invoice with payment.

**TOTAL BALANCE
DUE:**        **226.10**

# PHILBIN & ASSOCIATES, INC.
*959 MAIN STREET*
*SPRINGFIELD, MA 01103*
*Phone #: (413)733-4078 Fax #: (413)734-4588*



PLAINTIFF'S
EXHIBIT
7

To:

Employer I.D. No. 04-2316011

ATTY. SAMUEL M. RADNER
HAYMOND LAW FIRM
THE PENTHOUSE
HARTFORD, CT 06105

| Statement Date: |
|---|
| 2/01/2005 |
| Invoice No. |
| 15,290 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

RE: FELICIANO VS. MILES

Deposed: JOHN JAKUBOWSKI

Deposition Date: 1/20/2005

Cause No.: 03-30308-MAP

Reporter: SARAH MUBAREK

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| ot1 | ORIGINAL TRANSCRIPT | 173 | 3.25 | 562.25 |
| phc | POSTAGE & HANDLING CHARGE | 1 | 12.50 | 12.50 |

TERMS:

PAYABLE UPON RECEIPT. NONTRANSFERABLE

**Total:** 574.75

To insure proper credit, please enclose a
copy of this invoice with payment.

**TOTAL BALANCE DUE** 574.75

# WIERZBICKI & STEPHENSON

**Invoice**

### Registered Professional Reporters

REMIT TO:

220 West Garden Street
Suite 801, SunTrust Tower
Pensacola, Florida 32502

850/438-0503 • Fax 850/433-2430 • wsreporting@bellsouth.net

Paradise Village
348 Miracle Strip Parkway, Suite 11
Ft. Walton Beach, FL 32548
(850) 244-1964 • Fax (850) 244-1572

PLAINTIFF'S EXHIBIT 8

**BILL TO:**

Samuel Radner, Esquire
The Haymond Law Firm
999 Asylum Ave.
Hartford, CT 06105

**INVOICE #**

38732

**DATE:**

4/8/2005

SF/ri

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| 1cc of 203 pages @ $1.95 PP for the deposition transcript of Jack Sparks taken on 3/18/05 | 1.95 | 395.85 |
| Ascii disc of same | 10.00 | 10.00 |
| Microcopy complimentary | | |
| Postage & Handling | 6.00 | 6.00 |

Estate of Jose Feliciano vs. Kevin Miles, et al, 42763,
3/18/05

Thank you for your business, Susan Findley

Payment Due Upon Receipt

$411.85

**Please remit Yellow with Payment**
Federal Tax ID#: 59-2752812

CHECK

| DATE | DESCRIPTION | INVOICE # | AMOUNT | DEDUCTION | NET AMOUNT |
|------|-------------|-----------|--------|-----------|------------|
| | 659 DUTCHESS COUNTY SHERIFF'S DEPARTMENT | | | | |
| 04/13/05 | J. FELICIANO/13999/MARY | FELICIANO | 30.00 | | 30.00 |

PLAINTIFF'S
EXHIBIT
9

| CHECK DATE | CONTROL NUMBER | | Gross: | 30.00 | Ded: | 0.00 Net: | 30.00 |
|------------|----------------|---|--------|-------|------|-----------|-------|
| 04/13/05 | 47680 | TOTALS ▶ | | | | | |

---

**THE HAYMOND LAW FIRM, PC**
**OPERATING ACCOUNT**
PENTHOUSE SUITE, 999 ASYLUM AVENUE
HARTFORD, CT  06105-2450
(860) 728-5672
**VOID AFTER 90 DAYS**

FLEET
SMALL BUSINESS SERVICES
HARTFORD, CT
51-57-119

47680

| DATE | CHECK | AMOUNT |
|------|-------|--------|
| 04/13/05 | 47680 | *****$30.00 |

*** THIRTY & 00/100 DOLLARS

PAY
TO THE
ORDER
OF:

DUTCHESS COUNTY SHERIFF'S DEPARTMENT
150 NORTH HAMILTON STREET
POUGHKEEPSIE  NY  12601

TWO SIGNATURES REQUIRED IF OVER $10,000
UNLESS, JOHN HAYMOND

MP

⑈047680⑈ ⑆011900571⑆ 94078 06656⑈

---

THE HAYMOND LAW FIRM, PC
OPERATING ACCOUNT

Vendor 659  DUTCHESS COUNTY SHERIFF'S DEPARTMENT

47680

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 04/13/05 | J. FELICIANO/13999/MARY | FELICIANO | 30.00 | | 30.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 04/13/05 | 47680 | 30.00 | 0.00 | 30.00 |

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com



**MICHAEL J. ASHE, JR.**
SHERIFF
**KATHLEEN M. SMITH**
EXECUTIVE DIRECTOR

# Hampden County Sheriffs, Inc.

1170 Main Street, P.O. BOX 5005

Springfield, Massachusetts 01101-5005

Telephone (413) 732-5772

1-800-423-5005 / FAX: 1-413-733-6933



**MAJOR CHARLES A. CAMEHLIN**

**CAPTAIN JORGE DIAZ**

THE HAYMOND LAW FIRM
THE PENTHOUSE
999 ASYLUM Avenue
HARTFORD, CT 06105-5245


Phone:(860)728-5672

| Please remit to: |
| --- |
| **P.O. Box 5005**
**Springfield, MA 01101-5005** |

Amount Due:$ 71.76
Invoice #:     05013319
Invoice Date:4/21/2005

PLEASE RETURN THIS TOP PORTION WITH YOUR PAYMENT

# Payment Due Upon Receipt

Writ: FEDERAL  SUBPOENA

Please send a copy of this invoice with your remittance

ESTATES OF JOSE R. FELICIANO  ET AL
vs.
KEVIN MILES  ET AL

Invoice #:     05013319
Invoice Date:4/21/2005

Serve:      MS. MELISSA FELICIANO
    66 REDLAND Street
    SPRINGFIELD, MA 01104

Served by Deputy Sheriff:ALFRED B. BADONE
Service Date:  4/20/2005 Time:  5:00:00PM
Method of Service:LAST AND USUAL NO MAILING

| **Charge** | **Amount** |
| --- | --- |
| Attestation X 1 | 5.00 |
| Basic Service Fee | 20.00 |
| Witness Fee | 42.00 |
| Conveyance | 1.20 |
| Travel | 2.56 |
| Mailing1 | 1.00 |
| **Total Charges** | 71.76 |

| **Payment Date** | **Check Number** | **Amount** |
| --- | --- | --- |
| **Payment Total** | | |

**Amount Due:  $ 71.76**

## COMMONWEALTH OF MASSACHUSETTS • COUNTY OF HAMPDEN

**Serving the Cities and Towns of:** Agawam, Blandford, Brimfield, Chester, Chicopee, East Longmeadow, Granville, Hampden,
(c) 2003 Holyoke, Longmeadow, Ludlow, Monson, Montgomery, Palmer, Russell, Southwick, Springfield, Tolland, Wales, Westfield,
West Springfield, Wilbraham.



# Hampden County Sheriffs, Inc.

1170 Main Street, P.O. BOX 5005

Springfield, Massachusetts 01101-5005

Telephone (413) 732-5772

1-800-423-5005 / FAX: 1-413-733-6933



MICHAEL J. ASHE, JR.
SHERIFF

KATHLEEN M. SMITH
EXECUTIVE DIRECTOR

MAJOR CHARLES A. CAME LIII

CAPTAIN JORGE DIAZ

THE HAYMOND LAW FIRM
THE PENTHOUSE
999 ASYLUM Avenue
HARTFORD, CT 06105-5245

Phone:(860)728-5672

**Please remit to:**
P.O. Box 5005
Springfield, MA 01101-5005

Amount Due:$ 71.76
Invoice #:     05013308
Invoice Date:4/25/2005

PLEASE RETURN THIS TOP PORTION WITH YOUR PAYMENT

# Payment Due Upon Receipt

Writ: FEDERAL  SUBPOENA

Please send a copy of this invoice with your remittance

ESTATES OF JOSE R. FELICIANO  ET AL
vs.
KEVIN MILES  ET AL

Invoice #:     05013308
Invoice Date:4/25/2005

Serve:        MS. DAWN RODGERS
         C/O ROGER L. PUTNAM VOCATIONAL TECHNICAL
         1300 STATE Street
         SPRINGFIELD, MA  01109
Served by Deputy Sheriff:MICHAEL POWERS
Service Date:  4/25/2005 Time:  7:45:00AM
Method of Service:In Hand

| **Charge** | **Amount** |
|---|---|
| Attestation X 1 | 5.00 |
| Basic Service Fee | 20.00 |
| Witness Fee | 42.00 |
| Conveyance | 1.20 |
| Travel | 2.56 |
| Mailing1 | 1.00 |
| **Total Charges** | 71.76 |

| **Payment Date** | **Check Number** | **Amount** |
|---|---|---|

**Payment Total**

Amount Due:  $ 71.76

## COMMONWEALTH OF MASSACHUSETTS • COUNTY OF HAMPDEN

Serving the Cities and Towns of: Agawam, Blandford, Brimfield, Chester, Chicopee, East Longmeadow, Granville, Hampden,
(c) 2003 Softland, Holyoke, Longmeadow, Ludlow, Monson, Montgomery, Palmer, Russell, Southwick, Springfield, Tolland, Wales, Westfield,
West Springfield, Wilbraham.



# Hampden County Sheriffs, Inc.

1170 Main Street, P.O. BOX 5005

Springfield, Massachusetts 01101-5005

Telephone (413) 732-5772

1-800-423-5005 / FAX: 1-413-733-6933

**MICHAEL J. ASHE, JR.**
SHERIFF

**KATHLEEN M. SMITH**
EXECUTIVE DIRECTOR



MAJOR CHARLES A. CAMERLIN

CAPTAIN JORGE DIAZ

THE HAYMOND LAW FIRM
THE PENTHOUSE
999 ASYLUM Avenue
HARTFORD, CT 06105-5245


Phone:(860)728-5672

**Please remit to:**

**P.O. Box 5005**
**Springfield, MA 01101-5005**

Amount Due:$ 68.00
Invoice #:     05013317
Invoice Date:4/25/2005

PLEASE RETURN THIS TOP PORTION WITH YOUR PAYMENT

## Payment Due Upon Receipt

Writ: FEDERAL  SUBPOENA

Please send a copy of this invoice with your remittance

ESTATES OF JOSE R. FELICIANO  ET AL
vs.
KEVIN MILES  ET AL

Invoice #:     05013317
Invoice Date:4/25/2005

Serve:          MR. CLAYTON ALINE
          C/O ROGER L. PUTNAM VOCATIONAL TECHNICAL
          1300 STATE Street
          SPRINGFIELD, MA  01109
Served by Deputy Sheriff:MICHAEL POWERS
Service Date:  4/25/2005 Time:  7:35:00AM
Method of Service:In Hand


| Charge | Amount |
|---|---|
| Attestation X 1 | 5.00 |
| Basic Service Fee | 20.00 |
| Witness Fee | 42.00 |
| Mailing1 | 1.00 |
| **Total Charges** | **68.00** |

| Payment Date | Check Number | Amount |
|---|---|---|
| **Payment Total** | | |

**Amount Due:  $ 68.00**

## COMMONWEALTH OF MASSACHUSETTS • COUNTY OF HAMPDEN

Serving the Cities and Towns of: Agawam, Blandford, Brimfield, Chester, Chicopee, East Longmeadow, Granville, Hampden,
(c) 2003 Softcode, Holyoke, Longmeadow, Ludlow, Monson, Montgomery, Palmer, Russell, Southwick, Springfield, Tolland, Wales, Westfield,
West Springfield, Wilbraham.



# Hampden County Sheriffs, Inc.

1170 Main Street, P.O. BOX 5005

Springfield, Massachusetts 01101-5005

Telephone (413) 732-5772

1-800-423-5005 / FAX: 1-413-733-6933

**MICHAEL J. ASHE, JR.**
SHERIFF

**KATHLEEN M. SMITH**
EXECUTIVE DIRECTOR



MAJOR CHARLES A. CAMEILLINI

CAPTAIN JORGE DIAZ

THE HAYMOND LAW FIRM
THE PENTHOUSE
999 ASYLUM Avenue
HARTFORD, CT  06105-5245

Phone:(860)728-5672

**Please remit to:**

**P.O. Box 5005**
**Springfield, MA 01101-5005**

Amount Due:$ 93.00
Invoice #:     05013312
Invoice Date:4/25/2005

PLEASE RETURN THIS TOP PORTION WITH YOUR PAYMENT

# Payment Due Upon Receipt

Writ: FEDERAL  SUBPOENA

Please send a copy of this invoice with your remittance

ESTATES OF JOSE R. FELICIANO  ET AL
vs.
KEVIN MILES  ET AL

Invoice #:     05013312
Invoice Date:4/25/2005

Serve:      MR. PEDRO RIVERA-MORAN
C/O ROGER L. PUTNAM VOCATIONAL TECHNICAL
1300 STATE Street
SPRINGFIELD, MA  01109
Served by Deputy Sheriff:MICHAEL POWERS
Service Date:  4/25/2005 Time:  7:32:00AM
Method of Service:In Hand

| Charge | Amount |
|---|---|
| Attestation X 1 | 5.00 |
| Basic Service Fee | 20.00 |
| Witness Fee | 42.00 |
| Mailing1 | 1.00 |
| ON-CALL DEPUTY | 25.00 |
| **Total Charges** | **93.00** |

| Payment Date | Check Number | Amount |
|---|---|---|
| **Payment Total** | | |

Amount Due:  $ 93.00

## COMMONWEALTH OF MASSACHUSETTS • COUNTY OF HAMPDEN



# HAMPDEN County Sheriffs, Inc.

1170 Main Street, P.O. BOX 5005

Springfield, Massachusetts 01101-5005

Telephone (413) 732-5772

1-800-423-5005 / FAX: 1-413-733-6933

**MICHAEL J. ASHE, JR.**
SHERIFF

**KATHLEEN M. SMITH**
EXECUTIVE DIRECTOR



MAJOR CHARLES A. CAMERLIN

CAPTAIN JORGE DIAZ

THE HAYMOND LAW FIRM
THE PENTHOUSE
999 ASYLUM Avenue
HARTFORD, CT 06105-5245

Phone:(860)728-5672

**Please remit to:**

P.O. Box 5005
**Springfield, MA 01101-5005**

Amount Due:$ 68.00
Invoice #:     05013314
Invoice Date:4/25/2005

## Payment Due Upon Receipt

PLEASE RETURN THIS TOP PORTION WITH YOUR PAYMENT

Writ: FEDERAL  SUBPOENA

Please send a copy of this invoice with your remittance

ESTATES OF JOSE R. FELICIANO  ET AL
vs.
KEVIN MILES  ET AL

Invoice #:     05013314
Invoice Date:4/25/2005

Serve:      MR. DENNIS FENTON
C/O ROGER L. PUTNAM VOCATIONAL TECHNICAL
1300 STATE Street
SPRINGFIELD, MA  01109
Served by Deputy Sheriff:MICHAEL POWERS
Service Date: 4/25/2005 Time:  7:42:00AM
Method of Service:In Hand

| **Charge** | **Amount** |
|---|---|
| Attestation X 1 | 5.00 |
| Basic Service Fee | 20.00 |
| Witness Fee | 42.00 |
| Mailing1 | 1.00 |
| **Total Charges** | **68.00** |

| **Payment Date** | **Check Number** | **Amount** |
|---|---|---|
| **Payment Total** | | |

**Amount Due:  $ 68.00**

## COMMONWEALTH OF MASSACHUSETTS • COUNTY OF HAMPDEN

Serving the Cities and Towns of: Agawam, Blandford, Brimfield, Chester, Chicopee, East Longmeadow, Granville, Hampden, West Springfield, Wilbraham.

(c) 2003 Software, Holyoke, Longmeadow, Ludlow, Monson, Montgomery, Palmer, Russell, Southwick, Springfield, Tolland, Wales, Westfield,



# HAMPDEN County Sheriffs, Inc.

1170 Main Street, P.O. BOX 5005

Springfield, Massachusetts 01101-5005

Telephone (413) 732-5772

1-800-423-5005 / FAX: 1-413-733-6933



MICHAEL J. ASHE, JR.
SHERIFF

KATHLEEN M. SMITH
EXECUTIVE DIRECTOR

MAJOR CHARLES A. CAMERLIN

CAPTAIN JORGE DIAZ

THE HAYMOND LAW FIRM
THE PENTHOUSE
999 ASYLUM Avenue
HARTFORD, CT  06105-5245

Phone:(860)728-5672

**Please remit to:**

**P.O. Box 5005**
**Springfield, MA 01101-5005**

Amount Due:$ 71.76
Invoice #:    05013306
Invoice Date:4/26/2005

## Payment Due Upon Receipt

PLEASE RETURN THIS TOP PORTION WITH YOUR PAYMENT

Writ: FEDERAL  SUBPOENA

Please send a copy of this invoice with your remittance

ESTATES OF JOSE R. FELICIANO  ET AL
vs.
KEVIN MILES  ET AL

Invoice #:     05013306
Invoice Date:4/26/2005

Serve:       MR. PABLO MORALES
       10 CHESTNUT Street
       APT 2503
       SPRINGFIELD, MA  01103
Served by Deputy Sheriff:MICHAEL POWERS
Service Date: 4/25/2005 Time:  11:10:00AM
Method of Service:In Hand

| **Charge** | **Amount** |
|---|---|
| Attestation X 1 | |
| Basic Service Fee | 5.00 |
| Witness Fee | 20.00 |
| Conveance | 42.00 |
| Travel | 1.20 |
| Mailing1 | 2.56 |
| **Total Charges** | 1.00 |
| | 71.76 |

| **Payment Date** | **Check Number** | **Amount** |
|---|---|---|
| **Payment Total** | | |

**Amount Due:  $ 71.76**

## COMMONWEALTH OF MASSACHUSETTS • COUNTY OF HAMPDEN

Serving the Cities and Towns of: Agawam, Blandford, Brimfield, Chester, Chicopee, East Longmeadow, Granville, Hampden,
(c) 2003 Softcode, Holyoke, Longmeadow, Ludlow, Monson, Montgomery, Palmer, Russell, Southwick, Springfield, Tolland, Wales, Westfield,
West Springfield, Wilbraham.

# FIRST CONSTABLE SERVICE

143 Dorchester Street #368
South Boston, MA 02127-2647
781-828-3400   781-828-3401 FAX
Fed ID #011343200

# Invoice

| DATE | INVOICE # |
| --- | --- |
| 4/19/2005 | 00-1909 |



**PLAINTIFF'S EXHIBIT 13**

**YOUR BUSINESS IS APPRECIATED**

**BILL TO**

THE HAYMOND LAW FIRM
ATT:  Samuel M Randner, Esq
999 Asylum Av
Hartford CT 06105-2450

| DOCKET # | CLAIMS # |
| --- | --- |
| 03-30308-MAP | |

| DESCRIPTION | AMOUNT |
| --- | --- |
| ESTATE OF JOSE R FELICIANO, et als  -V-  KEVIN MILES, et als | |
| FEDERAL SUBPOENA | 100.00 |
| ON:  COMWLTH OF MA/OFFICE of the CHIEF MEDICAL EXAMINER - 720 Albany St, Boston MA | |
| SERVED:  Maria Giannette, Admin Asst/PICATOS (Person In Chg @ Time of Svc | |
| WITNESS FEE(S) | 107.00 |
| Rec'd your faxed original FEDERAL SUBPOENA and RUSH delivery as instructed.   But the doctor, JENNIFER LIPMAN, MD is no longer with them. | |

| Total | $207.00 |
| --- | --- |

## PAYMENT FOR SERVICES IS DUE UPON RECEIPT OF THIS INVOICE



SERF, Inc.

P.O. Box 59
3065 Hwy 29 South
Cantonment, FL 32533

**PLAINTIFF'S
EXHIBIT
14**

# Invoice

**Invoice #** **123805**

**Date** 5/10/2005

Contact Date: 06/23/2003
Our Project No: 123800
Case File NO:

Bill To:

The Haymond Law Firm
Samuel M. Radner
The Penthouse, 999 Asylum Ave.
Hartford, Connecticut 06105-2450

Contacted by: Samuel M. Radner

Case Inf: Estate of Jose R. Feliciano
v. Kevin A. Miles and SLC
Transport, Inc

| Service Through: 5/10/2005 | Terms: Net 15 | Due Date 5/25/2005 | | | |
|---|---|---|---|---|---|
| Serviced | Description | Hrs/Qty | Fee | Amount | |
| 5/9/2005 | Travel/Court and Meeting | 10.5 | 175.00 | 1,837.50 | |
| 5/10/2005 | Court ($175 per JWS) | 4.5 | 175.00 | 787.50 | |
| 5/10/2005 | Travel/Court Return Trip | 6 | 175.00 | 1,050.00 | |
| 4/25/2005 | Hartford CT Depart 5/9 | | 369.80 | 369.80 | |
| 5/9/2005 | May 9 & 10, 2005 | | 67.72 | 67.72 | |
| 5/10/2005 | 5/9 & 5/10 (includes parking) | | 203.69 | 203.69 | |
| | | | | 641.21 | |
| | Markup | | 15.00% | 96.18 | |
| | Total Airfare, Hotel and Car Rental | | | 737.39 | |
| 4/25/2005 | Hartford CT 5/9 - Booking Fee | | 30.00 | 30.00 | |
| 4/26/2005 | Fed Ex-Samuel M. Radner/Rec'd by: J. Munonz 3/22/05 | | 17.90 | 17.90 | |
| 4/27/2005 | Insurance (5/9) | | 8.99 | 8.99 | |
| | Total Booking Fee, Insurance and Federal Express Charges | | | 56.89 | |
| | Retainer Applied  (Received 6/27/2003) | | -1,500.00 | -1,500.00 | |

| **Final Invoice - Case Closed** | | |
|---|---|---|
| **Thank you for your business - Tax ID#59-1393368** | | |

| **Subtotal** | $2,969.23 |
|---|---|
| **Sales Tax  (0.0%)** | $0.03 |
| **Total** | $2,969.23 |

A Finance charge of 1 1/2% per month (18% Per Annum) Will be charged on all invoices 30
days past due.

E-mail:

Web Site:   www.ExpertEngineers.com

Claimant's Phone:  860-240-4752         Claimant's Fax:  860-247-9384





**SERF Inc.**
P.O. Box 59
3065 Hwy 29 South
Cantonment, FL 32533

# Invoice

| | |
|---|---|
| Invoice # | **123805** |
| Date | 5/10/2005 |

| | |
|---|---|
| Contact Date: | 06/23/2003 |
| Our Project No: | 123800 |
| Case File NO: | |

**Bill To:**

The Haymond Law Firm
Samuel M. Radner
The Penthouse, 999 Asylum Ave.
Hartford, Connecticut 06105-2450

Contacted by:  Samuel M. Radner

Case Inf:  Estate of Jose R. Feliciano
v. Kevin A. Miles and SLC
Transport, Inc

| Service Through: **5/10/2005** | Terms:  Net 15 | Due Date  **5/25/2005** |
|---|---|---|

| Serviced | Description | Hrs/Qty | Fee | Amount |
|---|---|---|---|---|
| 5/9/2005 | Travel/Court and Meeting | 10.5 | 175.00 | 1,837.50 |
| 5/10/2005 | Court ($175 per JWS) | 4.5 | 175.00 | 787.50 |
| 5/10/2005 | Travel/Court Return Trip | 6 | 175.00 | 1,050.00 |
| | | | | |
| 4/25/2005 | Hartford CT Depart 5/9 | | 369.80 | 369.80 |
| 5/9/2005 | May 9 & 10, 2005 | | 67.72 | 67.72 |
| 5/10/2005 | 5/9 & 5/10 (includes parking) | | 203.69 | 203.69 |
| | | | | 641.21 |
| | Markup | | 15.00% | 96.18 |
| | Total Airfare, Hotel and Car Rental | | | 737.39 |
| | | | | |
| 4/25/2005 | Hartford CT 5/9 - Booking Fee | | 30.00 | 30.00 |
| 4/26/2005 | Fed Ex-Samuel M. Radner/Rec'd by: J. Munonz 3/22/05 | | 17.90 | 17.90 |
| 4/27/2005 | Insurance (5/9) | | 8.99 | 8.99 |
| | Total Booking Fee, Insurance and Federal Express Charges | | | 56.89 |
| | Retainer Applied  (Received 6/27/2003) | | -1,500.00 | -1,500.00 |

**✳**

| **Final Invoice - Case Closed** | | |
|---|---|---|
| **Thank you for your business - Tax ID#59-1393368** | | |

| | |
|---|---|
| **Subtotal** | $2,969.23 |
| **Sales Tax  (0.0%)** | $0.00 |
| **Total** | $2,969.23 |

A Finance charge of 1 1/2% per month (18% Per Annum) Will be charged on all invoices 30 days past due.

E-mail:  forensics@serfinc.com

Web Site:  www.ExpertEngineers.com

| Customer's Phone  860-240-4752 | Customer's Fax  860-247-9384 |
|---|---|



SERF, Inc.

P.O. Box 59
3065 Hwy 29 South
Cantonment, FL 32533

PLAINTIFF'S
EXHIBIT
16

# Invoice

**Invoice #** **123804**

Date:     4/22/2005

Contact Date:
Our Project No:
Case File NO:

Bill To:

The Haymond Law Firm
Samuel M. Radner
The Penthouse, 999 Asylum Ave.
Hartford, Connecticut  06105-2450

Customer Contact        Samuel M. Radner

Case Inf:

Estate of Jose R. Feliciano
v. Kevin A. Miles and SLC Transport, Inc

| Service Through: 4/15/2005 | | Terms:  Net Due | Due Date  4/22/2005 | | |
|---|---|---|---|---|---|
| **Serviced** | **Description** | | **Hrs/Qty** | **Fee** | **Amount** |
| | Laser Prints (Report) | | 160 | 1.25 | 200.00 |
| | Digital Disk - Power Point | | 3 | 7.75 | 23.25 |
| 1/27/2004 | Mr. Samuel Radner - Federal Express | | | | |
| 3/23/2004 | 3/03/04-Samuel M. Radner - Federal Express | | | 29.90 | 29.90 |
| 11/23/2004 | Samuel Radner-Fed Exp/10-27-04 Signed by: K. Royal | | | 25.03 | 25.03 |
| | Materials  -  Federal Express | | | 32.03 | 32.03 |
| | | | | | 86.96 |
| | Jack W. Sparks, Ph.D. PE | | | | |
| | Forensic Service | | | | |
| 3/1/2005 | Review Trooper Depo | | 2.25 | 175.00 | 393.75 |
| 3/3/2005 | Case Review With Client | | 0.5 | 175.00 | 87.50 |
| 3/15/2005 | Calculate Lane Change | | 3.5 | 175.00 | 612.50 |
| 3/16/2005 | Depo Prep and Travel | | 4 | 175.00 | 700.00 |
| 3/17/2005 | Depo Prep and Travel | | 6.5 | 175.00 | 1,137.50 |
| 3/17/2005 | Biomechanics | | 2 | 175.00 | 350.00 |
| 3/31/2005 | Prepare Case for Court | | 0.5 | 175.00 | 87.50 |
| 4/10/2005 | Calculations | | 2 | 175.00 | 350.00 |
| 4/11/2005 | Report, Calc Energy | | 2 | 175.00 | 350.00 |
| 4/11/2005 | Revise Report | | 2 | 175.00 | 350.00 |
| 4/11/2005 | Prepare Case for Court | | 2.5 | 175.00 | 437.50 |
| 4/14/2005 | Post Depo Review, Read Sign Depo | | 3 | 175.00 | 525.00 |
| 4/15/2005 | Prepare Case for Court (Questions) | | 2.5 | 175.00 | 437.50 |
| | TECHICIANS | | | | |
| | Illustrations | | 33 | 37.50 | 1,237.50 |
| | Photos - File, Enlargements, Etc | | 7 | 37.50 | 262.50 |
| | Video Presentation | | 21.25 | 49.50 | 1,051.88 |
| | PC Crash Services | | 22.25 | 69.00 | 1,535.25 |
| | Accident Simulated Animation | | 23.5 | 69.00 | 1,621.50 |
| | Exhibits - Trial | | 21.75 | 69.00 | 1,500.75 |
| | Doc, Reports, etc | | 35.25 | 37.50 | 1,321.88 |
| | Organization - Files, etc | | 2 | 37.50 | 75.00 |

**Please Remit to the above address - Tax ID# 59-1393368**

| | |
|---|---|
| **Subtotal** | $14,735.22 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $14,735.22 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $14,735.22 |

A Finance charge of 1 1/2% per month (18% Per Annum) Will be charged on all invoices
30 days past due.

E-mail:
Web Site:   www.ExpertEngineers.com

Phone:  860-240-4752                Fax:  860-247-9384