UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTATE OF JOSE R. FELICIANO,<br>By and through Jose L. Feliciano and<br>Migdalia Rosado, as Administrators of<br>The Estate of Jose R. Feliciano,<br>        Plaintiffs<br><br>vs.<br><br>KEVIN A. MILES,<br>LEROY HOLDING COMPANY, INC.,<br>and SLC TRANSPORTS, INC.,<br>        Defendants | FILED<br>IN CLERK'S OFFICE<br><br>2005 MAY 26  P 1:31<br><br>U.S. DISTRICT C...<br>DISTRICT OF MASS.<br><br>Civil No. 03-30308-MAP |

## DEFENDANTS' MOTION IN OPPOSITION TO PLAINTIFFS' BILL OF COSTS

Now come the Defendants in the above-entitled matter and respectfully state that they object to the Plaintiffs' Bill of Costs which has been submitted to the Court in the above-entitled matter. In support of this Motion the Defendants state that said bill of costs has not been properly verified in accordance 28 U.S.C. §1924.

Further the Defendants state that said Bill of Costs exceed the statutory allotments in accordance 28 U.S.C. §1821 and 28 U.S.C. §1920.

The Defendants request that a hearing be scheduled regarding said costs.

THE DEFENDANTS, KEVIN MILES,
LEROY HOLDING COMPANY, INC. &
SLC TRANSPORT, INC.
By Their Attorney:

_____
Kevin G. Murphy, Esquire
Pessolano Dusel, Murphy & Casartello, PC
115 State Street, Fifth Floor
Springfield, MA 01103
(413) 781-4700
(413) 781-0471 (fax)
BBO No. 363110

## CERTIFICATE OF SERVICE

I, Kevin G. Murphy, Esquire, hereby certify that on this date, I caused the foregoing document to be served upon the other party (ies) in this action by mailing a copy of same, first class mail, postage prepaid to: Samuel M. Radner, Esq., 999 Asylum Avenue, Hartford, CT 06105.

Dated: May 26, 2005

_____
Kevin G. Murphy, Esq.