# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS                       WESTERN DIVISION

ESTATE. OF JOSE R. FELICIANO,           )
By and through Jose L. Feliciano and    )
Migdalia Rosado, as Administrators of   )
The Estate of Jose R Feliciano,         )
                        Plaintiff       )
                                        )       Civil No. 03-30308
vs.                                     )
                                        )
KEVIN A. MILES,                         )
LEROY HOLDING COMPANY, INC.,            )
and SLC TRANSPORTS, INC.,               )
                        Defendants      )

## PLAINTIFFS' VERIFICATION OF BILL OF COSTS BY AFFIDAVIT OF COUNSEL

I, Samuel M. Radner, being duly sworn state:

1. I am an attorney, licensed to practice in the Commonwealth of Massachusetts, and I am licensed to practice in the United States District Court for the District of Massachusetts, and I am counsel for the plaintiffs, the Estate of Jose R. Feliciano by and through Jose L. Feliciano and Migdalia Rosado as Administrators of the Estate of Jose R. Feliciano in the above-captioned matter.

2. Each item in the attached Bill of Costs, originally filed with this Court on May 20, 2005, is correct and has been necessarily incurred in the above-captioned case and the services for which the fees have been charged were actually and necessarily performed.

3. I hereby certify that I have knowledge that the itemized costs are correct and necessarily incurred in the case and that the services for which the fees have been charged were actually and necessarily performed.

Signed under the pains and penalties of perjury this 26th day of May, 2005.

                                        _____
                                        Samuel M. Radner, Esq.

STATE OF CONNECTICUT    )
                        ) ss:
COUNTY OF HARTFORD      )

On this 26th day of May, 2005 before me personally appeared **Samuel M. Radner** to me known to be the person described herein, and who executed the foregoing release, and acknowledged that he executed the same as his free act and deed.

_____
Commissioner of the Superior Court

## CERTIFICATION

I, Samuel M. Radner, Esquire hereby certify that a copy of the foregoing was mailed postage pre-paid to the following counsel and pro se parties of record on May 26, 2005:

Kevin G. Murphy, Esquire
Pessalano, Dusel, Murphy & Casartello, P.C.
115 State Street, 5th Floor
Springfield, MA 01103

_____
Samuel M. Radner, Esquire

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS                    WESTERN DIVISION

ESTATE. OF JOSE R. FELICIANO,            )
By and through Jose L. Feliciano and     )
Migdalia Rosado, as Administrators of    )
The Estate of Jose R Feliciano,          )
                              Plaintiff  )
                                         )   Civil No. 03-30308
vs.                                      )
                                         )
KEVIN A. MILES,                          )
LEROY HOLDING COMPANY, INC.,             )
and SLC TRANSPORTS, INC.,                )
                              Defendants )

### PLAINTIFFS' BILL OF COSTS

NOW COME the Plaintiffs, Jose L. Feliciano and Migdalia Rosado, as administrators of the estate of Jose R. Feliciano, pursuant to F.R.C.P. 54(d), U.S.C.A. §1920, and U.S.C.A. §1821, and hereby request this Court to tax the following costs and include said costs on the judgment in this case:

| Exhibit | Description | Cost |
|---|---|---|
| 1 | Filing Fee United States District Court | $150.00 |
| 2 | Capitol Process Associates – Marshal Service of Process | $90.00 |
| 3 | Legal Works, Inc. – Marshal Service of Process | $52.75 |
| 4 | Philbin & Associates – Court Reporter - Deposition | $386.25 |
| 5 | Philbin & Associates – Court Reporter – Deposition | $661.00 |
| 6 | Philbin & Associates – Court Reporter – Deposition | $226.10 |
| 7 | Philbin & Associates – Court Reporter – Deposition | $574.75 |
| 8 | Wierzbicki & Stephenson – Court Reporter | $411.85 |
| 9 | Dutchess County Sheriff's Department – Marshal Service | $30.00 |
| 10 | Hampden County Sheriffs, Inc. – Witness Subpoena – Trial | $71.76 |
| 11 | Hampden County Sheriffs, Inc. – Witness Subpoena – Trial | $71.76 |
| 12 | Hampden County Sheriffs, Inc. – Witness Subpoena – Trial | $300.76 |
| 13 | First Constable Service – Witness Subpoena – Trial | $100.00 |
| 14 | Jack Sparks, PhD – Travel Expenses - §1821 | $2,887.50 |
| 15 | Jack Sparks, PhD – Hotel, Flight, Car Rental | $737.39 |
| 16 | Jack Sparks, PhD – Trial Exhibits (see §1921, Hansen v. Bradley, D.C.Md. 1953, 114 F.Supp. 382; and In re Kulicke & Soffa Industries, Inc. Securities Litigation, E.D.Pa. 1990, 747 F. Supp. 1136) | $7,209.38 |
| Per Statute | Jack Sparks, PhD – Witness Fee for Trial Testimony - §1821(b) | $40.00 |
| Per Rule | Reasonable Attorney's Fees - FRCP 4(d)(5) | $500.00 |

**TOTAL**                                                                  $14,501.25

                                Respectfully submitted,
                                By the Plaintiff,
                                **The Estate of Jose R. Feliciano**

                                _/s/ Samuel M. Radner_
                                Samuel M. Radner, Esq.
                                The Haymond Law Firm, P.C.
                                999 Asylum Avenue
                                Hartford, CT 06105
                                (860) 728-5672
                                BBO # 565988
                                Plaintiffs Attorneys

Dated: 5/26/05

### CERTIFICATION

    I, Samuel M. Radner, Esquire hereby certify that a copy of the foregoing was mailed postage pre-paid to the following counsel and pro se parties of record on May 26, 2005:

Kevin G. Murphy, Esquire
Pessalano, Dusel, Murphy & Casartello, P.C.
115 State Street, 5th Floor
Springfield, MA 01103

                                _/s/ Samuel M. Radner_
                                Samuel M. Radner, Esquire

**THE HAYMOND LAW FIRM, PC**
OPERATING ACCOUNT

CHECK 39565

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| | 7338 UNITED STATES DISTRICT COURT | | | | |
| 12/17/03 | E/O JOSE FELICIANO/13999/MARY FELICIANO | | 150.00 | | 150.00 |

PLAINTIFF'S EXHIBIT

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross: 150.00 | Ded: 0.00 | Net: 150.00 |
|---|---|---|---|---|---|
| 12/17/03 | 39565 | | | | |

---

**THE HAYMOND LAW FIRM, PC**
OPERATING ACCOUNT
PENTHOUSE SUITE, 999 ASYLUM AVENUE
HARTFORD, CT 06105-2450
(860) 728-5672

FLEET
SMALL BUSINESS SERVICES
HARTFORD, CT
51-57-119

39565

**VOID AFTER 90 DAYS**

| DATE | CHECK | AMOUNT |
|---|---|---|
| 12/17/03 | 39565 | ****$150.00 |

**** ONE HUNDRED FIFTY & 00/100 DOLLARS

PAY TO THE ORDER OF

UNITED STATES DISTRICT COURT
1550 MAIN STREET
SPRINGFIELD, MA 01103

TWO SIGNATURES REQUIRED IF OVER $10,000
UNLESS JOHN HAYMOND

⑆039565⑆ ⑆011900571⑆ 94078 06656⑆

---

**THE HAYMOND LAW FIRM, PC**
OPERATING ACCOUNT

Vendor: 7338 UNITED STATES DISTRICT COURT

39565

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 12/17/03 | E/O JOSE FELICIANO/13999/MARY FELICIANO | | 150.00 | | 150.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 12/17/03 | 39565 | 150.00 | 0.00 | 150.00 |



# CAPITOL PROCESS ASSOCIATES



**PLAINTIFF'S EXHIBIT 2**

**BILL TO:**
THE HAYMOND LAW FIRM
THE PENTHOUSE, 999 ASYLUM
HARTFORD, CT 06105

Invoice # 4089
Date: 2/19/04

Caption: FELICIANO     Plaintiff/Petitioner
         Vs.
         MILES         Defendant/Respondent

Re: _____

Docs Served: S & C
Or
Svc. Provided: _____

Court: US DISTRICT
County: _____
Index or Docket #: _____
Date Rec'd: _____
Last Day To Serve: _____
Date Served: _____
Served By: _____
Placed Served: _____

| Date | Service Description | Service Fee | Fee Prepaid |
|------|--------------------|-------------|-------------|
| 2/12/04 | SLC TRANSPORT INC | 45.00 | |
| " | LEROY HOLDING CO. INC | 45.00 | |

Terms:                                Total Amount Due = 90.00

Toll Free: 1.888.879.7100  •  Ph: 518.432.1508  •  Fx: 518.432.1427

PO Box 1295  •  Albany, New York 12201-1295

**PLAINTIFF'S EXHIBIT**

# Legal·Works
INCORPORATED

P.O. BOX 435 • CLINTON • NEW YORK 13323-0435     PH: 315.737.9800 • FAX: 315.737.0055 • E MAIL: gregg@legal-works.com

Invoice # 0401159
February 26, 2004

LegalWorks Tax I.D. No: 16-1561259

The Haymond Law Firm
Mary Radner, Paralegal
The Penthouse, 999 Asylum Ave.
Hartford, CT 06105

| | | | |
|---|---|---|---|
| Caption: | *Estate of jose R. Feliciano, et al,* Plaintiff/Petitioner vs *Kevin A. Miles, et al,* Defendant/Respondent | Date Received: 2/11/2004  Serve By Date: 2/21/2004  Docket or ID #: 03-30308-MAP  Court: United States District Court Western  County: MA Dist. | |
| Re: | Kevin A. Miles | | |

Docs. Served: Summons and Complaint    Attny's File #:
OR
Svc. Provided:           Date Served: 2/21/2004
                         Place Served: 311 Seminole St Troy, NY

| Date | Service Description | Service Fee | Fee Prepaid |
|---|---|---|---|
| 2/21/2004 | Process Serving | $52.75 | |
| | **Total Service Fees and Total Fees Prepaid:** | $52.75 | |

Terms: Payment is due upon receipt of this Invoice.
A Monthly Service Charge of $10.00 will be added each month after 30 days.

**Total Amount Due =**    $52.75

Remarks:

---

Please detach and return this section with your payment. Make checks payable to *Legal·Works Inc.*

The Haymond Law Firm

The Penthouse, 999 Asylum Ave.
Hartford, CT 06105

Serve To: Kevin A. Miles
Your File No.:

Invoice·Work Order # 0401159
Invoice Date:  February 26, 2004
Attorney's ID# A128

**Total Amount Due = $52.75**

Amount Enclosed _____

**Legal·Works Inc.
P.O. Box 435
Clinton, NY 13323-0435**

**PHILBIN & ASSOCIATES, INC.**
959 MAIN STREET
SPRINGFIELD, MA 01103
Phone #: (413)733-4078  Fax #: (413)734-4588

PLAINTIFF'S EXHIBIT 4

Employer I.D. No. 04-2316011

To:
ATTY. SAMUEL M. RADNER
HAYMOND LAW FIRM
THE PENTHOUSE
HARTFORD, CT 06105

Statement Date: 9/07/2004

Invoice No.: 14,249

PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING

RE: FELICIANO VS. MILES
Deposed: PABLO MORALES
Deposition Date: 8/23/2004

Cause No.: 03-30308-MAP
Reporter: SARAH MUBAREK

| Code | Description | Qty | Amount | Charge |
|---|---|---|---|---|
| OT1 | ORIGINAL TRANSCRIPT | 115 | 3.25 | 373.75 |
| PHC | POSTAGE & HANDLING CHARGE | 1 | 12.50 | 12.50 |

TERMS:
PAYABLE UPON RECEIPT. NONTRANSFERABLE

Total: 386.25

To insure proper credit, please enclose a copy of this invoice with payment.

TOTAL BALANCE DUE: 386.25

# PHILBIN & ASSOCIATES, INC.
959 MAIN STREET
SPRINGFIELD, MA 01103
Phone #: (413)733-4078  Fax #: (413)734-4588



**PLAINTIFF'S EXHIBIT 5**

To:

ATTY. SAMUEL M. RADNER
HAYMOND LAW FIRM
THE PENTHOUSE
HARTFORD, CT 06103

Employer I.D. No. 04-2316011

Statement Date: 10/04/2004

Invoice No.: 14,427

PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING

RE: FELICIANO VS. MILES
Deposed: KEVIN MILES
Deposition Date: 9/30/2004

Cause No.: 03-30308-MAP
Reporter: LAURIE MONAGHAN

| Code | Description | Qty | Amount | Charge |
|---|---|---|---|---|
| OE | ORIGINAL TRANSCRIPT - EXPEDITED | 143 | 4.50 | 643.50 |
| PHC | POSTAGE & HANDLING CHARGE | 1 | 17.50 | 17.50 |

**TERMS:**
PAYABLE UPON RECEIPT. NONTRANSFERABLE

Total: 661.00

To insure proper credit, please enclose a copy of this invoice with payment.

TOTAL BALANCE DUE: 661.00

# PHILBIN & ASSOCIATES, INC.
959 MAIN STREET
SPRINGFIELD, MA 01103
Phone #: (413)733-4078  Fax #: (413)734-4588


PLAINTIFF'S EXHIBIT 6

Employer I.D. No. 04-2316011

To:

ATTY. SAMUEL M. RADNER
HAYMOND LAW FIRM
THE PENTHOUSE
HARTFORD, CT 06103

Statement Date: 10/18/2004

Invoice No.: 14,551

PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING

RE: FELICIANO VS. MILES
Deposed: JOSE FELICIANO & MIGDALIA ROSADO
Deposition Date: 10/06/2004

Cause No.: 03-30308-MAP
Reporter: SARAH MUBAREK

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| TC | COPY OF TRANSCRIPTS | 89 | 2.40 | 213.60 |
| PHC | POSTAGE & HANDLING CHARGE | 1 | 12.50 | 12.50 |

TERMS:
PAYABLE UPON RECEIPT. NONTRANSFERABLE

Total: 226.10

To insure proper credit, please enclose a copy of this invoice with payment.


TOTAL BALANCE DUE: 226.10

# PHILBIN & ASSOCIATES, INC.
**959 MAIN STREET**
**SPRINGFIELD, MA 01103**
*Phone #: (413)733-4078  Fax #: (413)734-4588*


PLAINTIFF'S EXHIBIT 7

To:



Employer I.D. No. 04-2316011



2/01/2005

15,290

PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING

RE: FELICIANO VS. MILES

Deposed: JOHN JAKUBOWSKI

Deposition Date: 1/20/2005

Cause No.: 03-30308-MAP

Reporter: SARAH MUBAREK

| | | | | |
|---|---|---|---|---|
| otl | ORIGINAL TRANSCRIPT | 173 | 3.25 | 562.25 |
| phc | POSTAGE & HANDLING CHARGE | 1 | 12.50 | 12.50 |

**TERMS:**
PAYABLE UPON RECEIPT. NONTRANSFERABLE

Total: 574.75

To insure proper credit, please enclose a copy of this invoice with payment.



# WIERZBICKI & STEPHENSON
### Registered Professional Reporters

**Invoice**

REMIT TO:
220 West Garden Street
Suite 801, SunTrust Tower
Pensacola, Florida 32502
850/438-0503 • Fax 850/433-2430 • wsreporting@bellsouth.net

Paradise Village
348 Miracle Strip Parkway, Suite 11
Ft. Walton Beach, FL 32548
(850) 244-1984 • Fax (850) 244-1572

**PLAINTIFF'S EXHIBIT 8**

**BILL TO:**

Samuel Radner, Esquire
The Haymond Law Firm
999 Asylum Ave.
Hartford, CT 06105

**INVOICE #**
38732

**DATE:**
4/8/2005

SF/ri

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| 1cc of 203 pages @ $1.95 PP for the deposition transcript of Jack Sparks taken on 3/18/05 | 1.95 | 395.85 |
| Ascii disc of same | 10.00 | 10.00 |
| Microcopy complimentary | | |
| Postage & Handling | 6.00 | 6.00 |
| Estate of Jose Feliciano vs. Kevin Miles, et al, 42763, 3/18/05 | | |

Thank you for your business, Susan Findley

Payment Due Upon Receipt                                    **$411.85**

**Please remit Yellow with Payment**
Federal Tax ID#: 59-2752812

### THE HAYMOND LAW FIRM, PC
OPERATING ACCOUNT

47680

| DATE | DESCRIPTION | INVOICE # | CHECK AMOUNT | DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| | 659 DUTCHESS COUNTY SHERIFF'S DEPARTMENT | | | | |
| 4/13/05 | J. FELICIANO/13999/MARY | FELICIANO | 30.00 | | 30.00 |

PLAINTIFF'S EXHIBIT 9

| CHECK DATE | CONTROL NUMBER | TOTALS ▶ | Gross: 30.00 | Ded: 0.00 | Net: 30.00 |
|---|---|---|---|---|---|
| 4/13/05 | 47680 | | | | |

---

**THE HAYMOND LAW FIRM, PC**
OPERATING ACCOUNT
PENTHOUSE SUITE, 999 ASYLUM AVENUE
HARTFORD, CT 06105-2450
(860) 728-5672
**VOID AFTER 90 DAYS**

FLEET
SMALL BUSINESS SERVICES
HARTFORD, CT
51-57-119

47680

| DATE | CHECK | AMOUNT |
|---|---|---|
| 04/13/05 | 47680 | *****$30.00 |

*** THIRTY & 00/100 DOLLARS

PAY TO THE ORDER OF:
DUTCHESS COUNTY SHERIFF'S DEPARTMENT
150 NORTH HAMILTON STREET
POUGHKEEPSIE, NY 12601

TWO SIGNATURES REQUIRED IF OVER $10,000
UNLESS: JOHN HAYMOND

⑆047680⑆ ⑈011900571⑈ 94078 06656⑈

---

THE HAYMOND LAW FIRM, PC
OPERATING ACCOUNT

47680

Vendor: 659 DUTCHESS COUNTY SHERIFF'S DEPARTMENT

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 04/13/05 | J. FELICIANO/13999/MARY | FELICIANO | 30.00 | | 30.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 04/13/05 | 47680 | 30.00 | 0.00 | 30.00 |

DELUXE BUSINESS FORMS 1-800-328-0304 www.deluxeforms.com