

# Hampden County Sheriffs, Inc.

1170 Main Street, P.O. BOX 5005

Springfield, Massachusetts 01101-5005

Telephone (413) 732-5772

1-800-423-5005 / FAX: 1-413-733-6933

**MICHAEL J. ASHE, JR.**
SHERIFF
**KATHLEEN M. SMITH**
EXECUTIVE DIRECTOR

**MAJOR CHARLES A. CAMERLIN**

**CAPTAIN JORGE DIAZ**

THE HAYMOND LAW FIRM
THE PENTHOUSE
999 ASYLUM Avenue
HARTFORD, CT 06105-5245

Phone:(860)728-5672

**Please remit to:**

**P.O. Box 5005**
**Springfield, MA 01101-5005**

Amount Due:$ 71.76
Invoice #:   05013319
Invoice Date:4/21/2005

PLEASE RETURN THIS TOP PORTION WITH YOUR PAYMENT

## Payment Due Upon Receipt          Writ: FEDERAL SUBPOENA

Please send a copy of this invoice with your remittance

ESTATES OF JOSE R. FELICIANO ET AL
vs.
KEVIN MILES ET AL

Invoice #:   05013319
Invoice Date:4/21/2005

Serve:          MS. MELISSA FELICIANO
66 REDLAND Street
SPRINGFIELD, MA 01104

Served by Deputy Sheriff:ALFRED B. BADONE
Service Date: 4/20/2005 Time: 5:00:00PM
Method of Service: LAST AND USUAL NO MAILING

| Charge | Amount |
|---|---|
| Attestation X 1 | 5.00 |
| Basic Service Fee | 20.00 |
| Witness Fee | 42.00 |
| Conveyance | 1.20 |
| Travel | 2.56 |
| Mailing1 | 1.00 |
| **Total Charges** | **71.76** |

| Payment Date | Check Number | Amount |
|---|---|---|

Payment Total

**Amount Due:  $ 71.76**

### COMMONWEALTH OF MASSACHUSETTS • COUNTY OF HAMPDEN

Serving the Cities and Towns of: Agawam, Blandford, Brimfield, Chester, Chicopee, East Longmeadow, Granville, Hampden,
(c) 2003 Sections, Holyoke, Longmeadow, Ludlow, Monson, Montgomery, Palmer, Russell, Southwick, Springfield, Tolland, Wales, Westfield,
West Springfield, Wilbraham.



**MICHAEL J. ASHE, JR.**
SHERIFF
**KATHLEEN M. SMITH**
EXECUTIVE DIRECTOR

# Hampden County Sheriffs, Inc.

1170 Main Street, P.O. BOX 5005

Springfield, Massachusetts 01101-5005

Telephone (413) 732-5772

1-800-423-5005 / FAX: 1-413-733-6933



**MAJOR CHARLES A. CAMERLIN**

**CAPTAIN JORGE DIAZ**

THE HAYMOND LAW FIRM
THE PENTHOUSE
999 ASYLUM Avenue
HARTFORD, CT 06105-5245

Phone:(860)728-5672

| Please remit to: |
|---|
| **P.O. Box 5005** |
| **Springfield, MA 01101-5005** |

Amount Due: $ 71.76
Invoice #:    05013308
Invoice Date:4/25/2005

## Payment Due Upon Receipt

Writ: FEDERAL SUBPOENA

Please send a copy of this invoice with your remittance

ESTATES OF JOSE R. FELICIANO ET AL
vs.
KEVIN MILES ET AL

Invoice #:    05013308
Invoice Date:4/25/2005

Serve:       MS. DAWN RODGERS
C/O ROGER L. PUTNAM VOCATIONAL TECHNICAL
1300 STATE Street
SPRINGFIELD, MA 01109
Served by Deputy Sheriff:MICHAEL POWERS
Service Date: 4/25/2005 Time: 7:45:00AM
Method of Service:In Hand

| Charge | Amount |
|---|---|
| Attestation X 1 | 5.00 |
| Basic Service Fee | 20.00 |
| Witness Fee | 42.00 |
| Convevance | 1.20 |
| Travel | 2.56 |
| Mailing1 | 1.00 |
| **Total Charges** | **71.76** |

| Payment Date | Check Number | Amount |
|---|---|---|
| Payment Total | | |

Amount Due: $ 71.76

## COMMONWEALTH OF MASSACHUSETTS • COUNTY OF HAMPDEN

Serving the Cities and Towns of: Agawam, Blandford, Brimfield, Chester, Chicopee, East Longmeadow, Granville, Hampden,
(c) 2003 Hadley, Holyoke, Longmeadow, Ludlow, Monson, Montgomery, Palmer, Russell, Southwick, Springfield, Tolland, Wales, Westfield,
West Springfield, Wilbraham.



# Hampden County Sheriffs, Inc.

1170 Main Street, P.O. BOX 5005

Springfield, Massachusetts 01101-5005

Telephone (413) 732-5772

1-800-423-5005 / FAX: 1-413-733-6933

**MICHAEL J. ASHE, JR.**
SHERIFF
**KATHLEEN M. SMITH**
EXECUTIVE DIRECTOR

**MAJOR CHARLES A. CAMERLIN**

**CAPTAIN JORGE DIAZ**

THE HAYMOND LAW FIRM
THE PENTHOUSE
999 ASYLUM Avenue
HARTFORD, CT  06105-5245

**Please remit to:**

**P.O. Box 5005**
**Springfield, MA 01101-5005**

Amount Due: $ 68.00
Invoice #:    05013317
Invoice Date: 4/25/2005

Phone: (860)728-5672

PLEASE RETURN THIS TOP PORTION WITH YOUR PAYMENT

## Payment Due Upon Receipt

Writ: FEDERAL  SUBPOENA

Please send a copy of this invoice with your remittance

ESTATES OF JOSE R. FELICIANO  ET AL.
vs.
KEVIN MILES  ET AL

Invoice #:    05013317
Invoice Date: 4/25/2005

Serve:      MR. CLAYTON ALINE
C/O ROGER L. PUTNAM VOCATIONAL TECHNICAL
1300 STATE Street
SPRINGFIELD, MA  01109
Served by Deputy Sheriff: MICHAEL POWERS
Service Date:  4/25/2005 Time:  7:35:00AM
Method of Service: In Hand

| Charge | | Amount |
|---|---|---|
| Attestation X 1 | | 5.00 |
| Basic Service Fee | | 20.00 |
| Witness Fee | | 42.00 |
| Mailing 1 | | 1.00 |
| **Total Charges** | | **68.00** |

| Payment Date | Check Number | Amount |
|---|---|---|
| Payment Total | | |

**Amount Due:  $ 68.00**

## COMMONWEALTH OF MASSACHUSETTS • COUNTY OF HAMPDEN

Serving the Cities and Towns of: Agawam, Blandford, Brimfield, Chester, Chicopee, East Longmeadow, Granville, Hampden,
(c) 2003 Hampden, Holyoke, Longmeadow, Ludlow, Monson, Montgomery, Palmer, Russell, Southwick, Springfield, Tolland, Wales, Westfield,
West Springfield, Wilbraham.



MICHAEL J. ASHE, JR.
SHERIFF
KATHLEEN M. SMITH
EXECUTIVE DIRECTOR

# Hampden County Sheriffs, Inc.

1170 Main Street, P.O. BOX 5005

Springfield, Massachusetts 01101-5005

Telephone (413) 732-5772

1-800-423-5005 / FAX: 1-413-733-6933



**PLAINTIFF'S EXHIBIT 12**

MAJOR CHARLES A. CAMERLIN

CAPTAIN JORGE DIAZ

THE HAYMOND LAW FIRM
THE PENTHOUSE
999 ASYLUM Avenue
HARTFORD, CT  06105-5245

Phone:(860)728-5672

**Please remit to:**

**P.O. Box 5005**
**Springfield, MA 01101-5005**

Amount Due:$ 93.00
Invoice #:   05013312
Invoice Date:4/25/2005

PLEASE RETURN THIS TOP PORTION WITH YOUR PAYMENT

## Payment Due Upon Receipt          Writ: FEDERAL  SUBPOENA

Please send a copy of this invoice with your remittance

ESTATES OF JOSE R. FELICIANO  ET AL
vs.
KEVIN MILES  ET AL

Invoice #:   05013312
Invoice Date:4/25/2005

Serve:        MR. PEDRO RIVERA-MORAN
              C/O ROGER L. PUTNAM VOCATIONAL TECHNICAL
              1300 STATE Street
              SPRINGFIELD, MA  01109
Served by Deputy Sheriff:MICHAEL POWERS
Service Date: 4/25/2005 Time:  7:32:00AM
Method of Service: In Hand

| Charge | Amount |
|---|---|
| Attestation X 1 | 5.00 |
| Basic Service Fee | 20.00 |
| Witness Fee | 42.00 |
| Mailing 1 | 1.00 |
| ON-CALL DEPUTY | 25.00 |
| **Total Charges** | 93.00 |

| Payment Date | Check Number | Amount |
|---|---|---|
| | | |

Payment Total

Amount Due:  $ 93.00

## COMMONWEALTH OF MASSACHUSETTS • COUNTY OF HAMPDEN

Serving the Cities and Towns of: Agawam, Blandford, Brimfield, Chester, Chicopee, East Longmeadow, Granville, Hampden,
(c) 2003 Holland, Holyoke, Longmeadow, Ludlow, Monson, Montgomery, Palmer, Russell, Southwick, Springfield, Tolland, Wales, Westfield,
West Springfield, Wilbraham.



# Hampden County Sheriffs, Inc.

1170 Main Street, P.O. BOX 5005

Springfield, Massachusetts 01101-5005

Telephone (413) 732-5772

1-800-423-5005 / FAX: 1-413-733-6933

MICHAEL J. ASHE, JR.
SHERIFF

KATHLEEN M. SMITH
EXECUTIVE DIRECTOR

MAJOR CHARLES A. CAMERLIN

CAPTAIN JORGE DIAZ

THE HAYMOND LAW FIRM
THE PENTHOUSE
999 ASYLUM Avenue
HARTFORD, CT 06105-5245

Phone:(860)728-5672

**Please remit to:**

**P.O. Box 5005**
**Springfield, MA 01101-5005**

Amount Due:$ 68.00
Invoice #:    05013314
Invoice Date:4/25/2005

PLEASE RETURN THIS TOP PORTION WITH YOUR PAYMENT

## Payment Due Upon Receipt          Writ: FEDERAL SUBPOENA

Please send a copy of this invoice with your remittance

ESTATES OF JOSE R. FELICIANO  ET AL
vs.
KEVIN MILES  ET AL

Invoice #:    05013314
Invoice Date:4/25/2005

Serve:        MR. DENNIS FENTON
              C/O ROGER L. PUTNAM VOCATIONAL TECHNICAL
              1300 STATE Street
              SPRINGFIELD, MA 01109
Served by Deputy Sheriff:MICHAEL POWERS
Service Date: 4/25/2005 Time:  7:42:00AM
Method of Service:In Hand

| Charge | Amount |
|---|---|
| Attestation X 1 | 5.00 |
| Basic Service Fee | 20.00 |
| Witness Fee | 42.00 |
| Mailing 1 | 1.00 |
| **Total Charges** | **68.00** |

| Payment Date | Check Number | Amount |
|---|---|---|
| | | |

Payment Total

Amount Due:  $ 68.00

**COMMONWEALTH OF MASSACHUSETTS • COUNTY OF HAMPDEN**

Serving the Cities and Towns of: Agawam, Blandford, Brimfield, Chester, Chicopee, East Longmeadow, Granville, Hampden,
(c) 2003 S... Holyoke, Longmeadow, ... Monson, Montgomery, Palmer, Russell, Southwick, Springfield, Tolland, Wales, Westfield,
West Springfield, Wilbraham.



MICHAEL J. ASHE, JR.
SHERIFF
KATHLEEN M. SMITH
EXECUTIVE DIRECTOR

# Hampden County Sheriffs, Inc.

1170 Main Street, P.O. BOX 5005

Springfield, Massachusetts 01101-5005

Telephone (413) 732-5772

1-800-423-5005 / FAX: 1-413-733-6933



MAJOR CHARLES A. CAMERLIN

CAPTAIN JORGE DIAZ

THE HAYMOND LAW FIRM
THE PENTHOUSE
999 ASYLUM Avenue
HARTFORD, CT 06105-5245

Phone:(860)728-5672

**Please remit to:**

**P.O. Box 5005**
**Springfield, MA 01101-5005**

Amount Due:$ 71.76
Invoice #:    05013306
Invoice Date:4/26/2005

## Payment Due Upon Receipt        Writ: FEDERAL SUBPOENA

Please send a copy of this invoice with your remittance

ESTATES OF JOSE R. FELICIANO ET AL
VS.
KEVIN MILES ET AL

Invoice #:    05013306
Invoice Date:4/26/2005

Serve:        MR. PABLO MORALES
10 CHESTNUT Street
APT 2503
SPRINGFIELD, MA 01103
Served by Deputy Sheriff:MICHAEL POWERS
Service Date: 4/25/2005 Time: 11:10:00AM
Method of Service:In Hand

| Charge | Amount |
|---|---|
| Attestation X 1 | 5.00 |
| Basic Service Fee | 20.00 |
| Witness Fee | 42.00 |
| Conveyance | 1.20 |
| Travel | 2.56 |
| Mailing1 | 1.00 |
| Total Charges | 71.76 |

| Payment Date | Check Number | Amount |
|---|---|---|
| | | |

Payment Total

**Amount Due: $ 71.76**

## COMMONWEALTH OF MASSACHUSETTS • COUNTY OF HAMPDEN

(c) 2003 Serving the Cities and Towns of: Agawam, Blandford, Brimfield, Chester, Chicopee, East Longmeadow, Granville, Hampden, Holland, Holyoke, Longmeadow, Ludlow, Monson, Montgomery, Palmer, Russell, Southwick, Springfield, Tolland, Wales, Westfield, West Springfield, Wilbraham.

# FIRST CONSTABLE SERVICE

143 Dorchester Street #368
South Boston, MA 02127-2647
781-828-3400   781-828-3401 FAX
Fed ID #011343200

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 4/19/2005 | 00-1909 |



**PLAINTIFF'S EXHIBIT**

13

**YOUR BUSINESS IS APPRECIATED**

**BILL TO**

THE HAYMOND LAW FIRM
ATT: Samuel M Randner, Esq
999 Asylum Av
Hartford CT 06105-2450

| DOCKET # | CLAIMS # |
|----------|----------|
| 03-30308-MAP | |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| ESTATE OF JOSE R FELICIANO, et als  -V-  KEVIN MILES, et als | |
| FEDERAL SUBPOENA | 100 00 |
| ON:  COMWLTH OF MA/OFFICE of the CHIEF MEDICAL EXAMINER - 720 Albany St, Boston MA SERVED:  Maria Giannette, Admin Asst/PICATOS (Person In Chg @ Time of Svc | |
| WITNESS FEE(S) | 107 00 |
| Rec'd your faxed original FEDERAL SUBPOENA and RUSH delivery as instructed.   But the doctor, JENNIFER LIPMAN, MD is no longer with them. | |

| | **Total** | **$207.00** |
|---|-----------|-------------|

## PAYMENT FOR SERVICES IS DUE UPON RECEIPT OF THIS INVOICE

SERF, Inc.

P.O. Box 59
3065 Hwy 29 South
Cantonment, FL 32533

PLAINTIFF'S
EXHIBIT
14

# Invoice

Invoice #    **123805**

Date    5/10/2005

Contact Date:    06/23/2003
Our Project No:    123800
Case File NO:

Bill To:

The Haymond Law Firm
Samuel M. Radner
The Penthouse, 999 Asylum Ave.
Hartford, Connecticut 06105-2450

Contacted by:  Samuel M. Radner

Case Inf:  Estate of Jose R. Feliciano
v. Kevin A. Miles and SLC
Transport, Inc

| Service Through: **5/10/2005** | Terms: Net 15 | Due Date **5/25/2005** | | | |
|---|---|---|---|---|---|
| Serviced | Description | | Hrs/Qty | Fee | Amount |
| 5/9/2005 | Travel/Court and Meeting | | 10.5 | 175.00 | 1,837.50 |
| 5/10/2005 | Court ($175 per JWS) | | 4.5 | 175.00 | 787.50 |
| 5/10/2005 | Travel/Court Return Trip | | 6 | 175.00 | 1,050.00 |
| 4/25/2005 | Hartford CT Depart 5/9 | | | 369.80 | 369.80 |
| 5/9/2005 | May 9 & 10, 2005 | | | 67.72 | 67.72 |
| 5/10/2005 | 5/9 & 5/10 (includes parking) | | | 203.69 | 203.69 |
| | | | | | 641.21 |
| | Markup | | | 15.00% | 96. 8 |
| | Total Airfare, Hotel and Car Rental | | | | 737.39 |
| 4/25/2005 | Hartford CT 5/9 - Booking Fee | | | 30.00 | 30.00 |
| 4/26/2005 | Fed Ex-Samuel M. Radner/Rec'd by: J. Munoz 3/22/05 | | | 17.90 | 17.90 |
| 4/27/2005 | Insurance (5/9) | | | 8.99 | 8.99 |
| | Total Booking Fee, Insurance and Federal Express Charges | | | | 56.89 |
| | Retainer Applied  (Received 6/27/2003) | | | -1,500.00 | -1,500.00 |

| **Final Invoice - Case Closed** | Subtotal | $2,965.28 |
|---|---|---|
| **Thank you for your business - Tax ID#59-1393368** | Sales Tax  (0.0%) | $0.00 |

A Finance charge of 1 1/2% per month (18% Per Annum) Will be charged on all invoices 30 days past due.

Total  $2,965.28

E-mail:  forensics@serfinc.com

Web Site:  www.ExpertEngineers.com

Customer's Phone: 860-240-4752    Customer's Fax  860-247-9384



SERF, Inc.

P.O. Box 59
3065 Hwy 29 South
Cantonment, FL 32533

**PLAINTIFF'S EXHIBIT**
15

# Invoice

| | |
|---|---|
| Invoice # | **123805** |
| Date | 5/10/2005 |

Contact Date: 06/23/2003
Our Project No: 123800
Case File NO:

Bill To:
The Haymond Law Firm
Samuel M. Radner
The Penthouse, 999 Asylum Ave.
Hartford, Connecticut 06105-2450

Contacted by: Samuel M. Radner

Case Inf: Estate of Jose R. Feliciano
v. Kevin A. Miles and SLC
Transport, Inc

| Service Through: 5/10/2005 | Terms: Net 15 | Due Date 5/25/2005 | | | |
|---|---|---|---|---|---|
| **Serviced** | **Description** | | **Hrs/Qty** | **Fee** | **Amount** |
| 5/9/2005 | Travel/Court and Meeting | | 10.5 | 175.00 | 1,837.50 |
| 5/10/2005 | Court ($175 per JWS) | | 4.5 | 175.00 | 787.50 |
| 5/10/2005 | Travel/Court Return Trip | | 6 | 175.00 | 1,050.00 |
| | | | | | |
| 4/25/2005 | Hartford CT Depart 5/9 | | | 369.80 | 369.80 |
| 5/9/2005 | May 9 & 10, 2005 | | | 67.72 | 67.72 |
| 5/10/2005 | 5/9 & 5/10 (includes parking) | | | 203.69 | 203.69 |
| | | | | | 641.21 |
| | Markup | | | 15.00% | 96.18 |
| | Total Airfare, Hotel and Car Rental | | | | 737.39 |
| | | | | | |
| 4/25/2005 | Hartford CT 5/9 - Booking Fee | | | 30.00 | 30.00 |
| 4/26/2005 | Fed Ex-Samuel M. Radner/Rec'd by: J. Munonz 3/22/05 | | | 17.90 | 17.90 |
| 4/27/2005 | Insurance (5/9) | | | 8.99 | 8.99 |
| | Total Booking Fee, Insurance and Federal Express Charges | | | | 56.89 |
| | Retainer Applied (Received 6/27/2003) | | | -1,500.00 | -1,500.00 |

| **Final Invoice - Case Closed** | **Subtotal** | $2,960.28 |
|---|---|---|
| **Thank you for your business - Tax ID#59-1393368** | **Sales Tax (0.0%)** | $0.00 |
| A Finance charge of 1 1/2% per month (18% Per Annum) Will be charged on all invoices 30 days past due. | **Total** | $2,960.28 |

E-mail: forensics@serfinc.com
Web Site: www.ExpertEngineers.com

| Customer's Phone: 860-240-4752 | Customer's Fax: 860-247-9384 |
|---|---|

SERF, Inc.

P.O. Box 59
3065 Hwy 29 South
Cantonment, FL 32533

PLAINTIFF'S
EXHIBIT
16

# Invoice

Invoice #    **123804**

Date:    4/22/2005

Contact Date:
Our Project No:
Case File NO:

Bill To:

The Haymond Law Firm
Samuel M. Radner
The Penthouse, 999 Asylum Ave.
Hartford, Connecticut  06105-2450

Customer Contact        Samuel M. Radner

Case Inf:
   Estate of Jose R. Feliciano
   v. Kevin A. Miles and SLC Transport, Inc

**Service Through:  4/15/2005**  | Terms:  Net Due | Due Date  4/22/2005

| Serviced | Description | Hrs/Qty | Fee | Amount |
|---|---|---|---|---|
| | Laser Prints (Report) | 160 | 1.25 | 200.00 |
| | Digital Disk - Power Point | 3 | 7.75 | 23.25 |
| 1/27/2004 | Mr. Samuel Radner - Federal Express | | 29.90 | 25.90 |
| 3/23/2004 | 3/03/04-Samuel M. Radner - Federal Express | | 25.03 | 25.03 |
| 11/23/2004 | Samuel Radner-Fed Exp/10-27-04 Signed by: K. Royal | | 32.03 | 32.03 |
| | Materials  -  Federal Express | | | 86.96 |
| | | | | |
| | Jack W. Sparks, Ph.D. PE | | | |
| | Forensic Service | | | |
| 3/1/2005 | Review Trooper Depo | 2.25 | 175.00 | 393.75 |
| 3/3/2005 | Case Review With Client | 0.5 | 175.00 | 87.50 |
| 3/15/2005 | Calculate Lane Change | 3.5 | 175.00 | 612.50 |
| 3/16/2005 | Depo Prep and Travel | 4 | 175.00 | 700.00 |
| 3/17/2005 | Depo Prep and Travel | 6.5 | 175.00 | 1,137.50 |
| 3/17/2005 | Biomechanics | 2 | 175.00 | 350.00 |
| 3/31/2005 | Prepare Case for Court | 0.5 | 175.00 | 87.50 |
| 4/10/2005 | Calculations | 2 | 175.00 | 350.00 |
| 4/11/2005 | Report, Calc Energy | 2 | 175.00 | 350.00 |
| 4/11/2005 | Revise Report | 2 | 175.00 | 350.00 |
| 4/11/2005 | Prepare Case for Court | 2.5 | 175.00 | 437.50 |
| 4/14/2005 | Post Depo Review, Read Sign Depo | 3 | 175.00 | 525.00 |
| 4/15/2005 | Prepare Case for Court (Questions) | 2.5 | 175.00 | 437.50 |
| | | | | |
| | TECHICIANS | | | |
| | Illustrations | 33 | 37.50 | 1,237.50 |
| | Photos - File, Enlargements, Etc | 7 | 37.50 | 262.50 |
| | Video Presentation | 21.25 | 49.50 | 1,051.88 |
| | PC Crash Services | 22.25 | 69.00 | 1,535.25 |
| | Accident Simulated Animation | 23.5 | 69.00 | 1,621.50 |
| | Exhibits - Trial | 21.75 | 69.00 | 1,500.75 |
| | Doc, Reports, etc | 35.25 | 37.50 | 1,321.83 |
| | Organization - Files, etc | 2 | 37.50 | 75.00 |

**Please Remit to the above address - Tax ID# 59-1393368**

| | |
|---|---|
| **Subtotal** | $14,735.22 |
| **Sales Tax (0.0%)** | $0.00 |
| **Total** | $14,735.22 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $14,735.22 |

A Finance charge of 1 1/2% per month (18% Per Annum) Will be charged on all invoices 30 days past due.

E-mail:  forensic@serfinc.com
Web Site:  www.ExpertEngineers.com

Customer's Phone:  860-240-4752

Customer's Fax:  860-247-9384