UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ESTATE OF JOSE R. FELICIANO, )<br>By and through Jose L. Feliciano and )<br>Migdalia Rosado, as Administrators of )<br>The Estate of Jose R. Feliciano, )<br>　　　　　　　　　　Plaintiffs )<br>)<br>vs. )<br>)<br>KEVIN A. MILES, )<br>LEROY HOLDING COMPANY, INC., )<br>and SLC TRANSPORT, INC., )<br>　　　　　　　　　　Defendants ) | Civil No. 03-30308-MAP |

## NOTICE OF APPEAL

Notice is hereby given that Kevin Miles and SLC Transport, Inc., Defendants in the above named case, hereby Appeal to the United States Court of Appeals for the First Circuit from an order denying the Defendants' Renewed Motion for Judgement as a Matter of Law entered in this action on the 17th day of June, 2005.

　　　　　　　　　　　　　　　　　　THE DEFENDANTS,
　　　　　　　　　　　　　　　　　　KEVIN MILES, LEROY HOLDING
　　　　　　　　　　　　　　　　　　COMPANY, INC. & SLC TRANSPORT, INC.
　　　　　　　　　　　　　　　　　　By Their Attorney

Dated: June 15, 2005

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Kevin G. Murphy, Esquire
　　　　　　　　　　　　　　　　　　Pessolano, Dusel, Murphy & Casartello, PC
　　　　　　　　　　　　　　　　　　115 State Street, Fifth Floor
　　　　　　　　　　　　　　　　　　Springfield, MA 01103
　　　　　　　　　　　　　　　　　　(413) 781-4700
　　　　　　　　　　　　　　　　　　(413) 781-0471 (fax)
　　　　　　　　　　　　　　　　　　BBO No. 363110