# THE HAYMOND LAW FIRM

The Penthouse, 999 Asylum Avenue
Hartford, Connecticut 06105-2450

Telephone: (860) 728-5672
Fax: (860) 247-9384
Toll Free: 1-800-433-1221

SAMUEL M. RADNER [1,3]
(860) 240-4752 Direct Dial
sradner@haymond-law.com

July 18, 2005

**VIA FACSIMILE**
(413) 785-0204
Federal Building & Courthouse
1550 Main Street
Room 539
Springfield, MA 01103

Re: **Estate of Jose R. Feliciano v. Kevin Miles, ET.AL.**
    **Docket No. 03-30308**
    **Our File No. 13999**

Sir/Madam:

We are requesting a Writ of Execution on the above reference matter. Kindly forward the appropriate document at your earliest convenience.

Thank you for your courtesy in this matter.

Respectfully submitted,

Samuel M. Radner

SMR/MR

Offices: Hartford, CT • Bridgeport, CT • Danbury, CT • New Haven, CT • Springfield, MA • White Plains, NY
Licensed In: Connecticut[1]   Massachusetts[2]   New York[3]   Pennsylvania[4]   Rhode Island[5]

07/18/2005 MON 10:08  [TX/RX NO 5221]  ☑001