UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**                                        CIVIL ACTION NO.03-30308-KPN

To the United States Marshal for the District of Massachusetts or either of his Deputies and to _____, Special Process Server:

WHEREAS  __ESTATE OF JOSE R. FELICIANO__  has recovered judgment against  __KEVIN MILES, ET AL__  on the  17th  day of  __MAY, 2005__, for the sum of $ __$290,000.00__, debt or damage, pre-judgment interest in the amount of $ __$49,0005.66__, and costs of this suit in the amount of $ __$14,001.25__, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $ __$438,006.91__, in the whole, with interest thereon at the rate of _____ from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at  __SPRINGFIELD__, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this  __18TH__  day of  __JULY, 2005__.

**SARAH A. THORNTON**
**CLERK OF COURT**

SEAL

By: **/S/ Mary Finn**
**Deputy Clerk**