## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 03-cv-30308

Estate of Jose R. Feliciano, et al

v.

Kevin A. Miles, et al

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/15/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 20, 2005.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/20/05 .

/s/ Borchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Springfield)
### CIVIL DOCKET FOR CASE #: 3:03-cv-30308-KPN

Estate of Jose R. Feliciano v. Miles et al
Assigned to: Magistrate Judge Kenneth P. Neiman
Cause: 23:134 P.I.- Auto Negligence

Date Filed: 12/19/2003
Jury Demand: Defendant
Nature of Suit: 350 Motor Vehicle
Jurisdiction: Diversity

**Plaintiff**

**Estate of Jose R. Feliciano**
*By and through Jose L. Feliciano and Migdalia Rosado, as Administrators of The Estate of Jose R. Feliciano*

represented by **Samuel M. Radner**
The Haymond Law Firm, PC
Penthouse Suite
999 Asylum Avenue
Hartford, CT 06105-2450
860-728-5672
Fax: 860-247-9384
Email: sradner@haymond-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kevin A. Miles**

represented by **Kevin G. Murphy**
Pessolano, Dusel, Murphy & Casartello
115 State Street
Fifth Floor
Springfield, MA 01103
413-781-4700

|                              |                  | Fax: 413-781-0471<br>Email:<br>kgmurphy@pdmcpc.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |
|---|---|---|
| **Defendant**<br>**Leroy Holding Company, Inc.** | represented by | **Kevin G. Murphy**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |
| **Defendant**<br>**SLC Transport, Inc.** | represented by | **Kevin G. Murphy**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2003 | 1 | COMPLAINT against Leroy Holding Company, Inc., Kevin A. Miles, SLC Transport, Inc. Filing fee: $ 150.00, receipt number 305459, filed by ESTATE OF JOSE R. FELICIANO.(Lindsay, Maurice) (Entered: 12/22/2003) |
| 12/19/2003 |   | Summons Issued as to Leroy Holding Company, Inc., Kevin A. Miles, and SLC Transport, Inc. (Lindsay, Maurice) (Entered: 12/22/2003) |
| 03/02/2004 | 2 | AFFIDAVIT OF SERVICE Executed by ESTATE OF JOSE R. FELICIANO. Deft. Leroy Holding Company, Inc. served on 2/12/2004. Answer due 3/3/2004. SLC Transport, Inc. served on 2/12/2004. Answer due 3/3/2004. Acknowledgement filed by |

| | | |
|---|---|---|
| | | ESTATE OF JOSE R. FELICIANO. (Finn, Mary) (Entered: 03/02/2004) |
| 03/02/2004 | 3 | SUMMONS Returned Executed as to Kevin A. Miles. Served on 2/21/2004. Answer due 3/12/2004. (Finn, Mary) (Entered: 03/02/2004) |
| 03/25/2004 | 4 | ANSWER to Complaint with Jury Demand by Leroy Holding Company, Inc., Kevin A. Miles, SLC Transport, Inc..(Lindsay, Maurice) (Entered: 03/25/2004) |
| 04/09/2004 | 5 | Judge Michael A Ponsor : ORDER entered REFERRING CASE to Magistrate Judge Kenneth P. Neiman Referred for: Scheduling Conference(French, Elizabeth) (Entered: 04/09/2004) |
| 04/09/2004 | 6 | NOTICE setting Scheduling Conference for 5/13/2004 at 11:00 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint statement due by 5/7/04, ISSUED, cc:cl. (Healy, Bethaney) (Entered: 04/09/2004) |
| 05/05/2004 | 7 | JOINT SUBMISSION pursuant to Local Rule 116.5(C) by ESTATE OF JOSE R. FELICIANO, Leroy Holding Company, Inc., Kevin A. Miles, SLC Transport, Inc. filed.(Finn, Mary) (Entered: 05/05/2004) |
| 05/05/2004 | 8 | CERTIFICATION pursuant to Local Rule 16.1 by Leroy Holding Company, Inc., Kevin A. Miles, SLC Transport, Inc. filed.(Finn, Mary) (Entered: 05/05/2004) |
| 05/06/2004 | 9 | CERTIFICATION pursuant to Local Rule 16.1 by ESTATE OF JOSE R. FELICIANO filed.(Finn, Mary) (Entered: 05/06/2004) |
| 05/13/2004 | ● | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Scheduling Conference held on 5/13/2004. Colloquy re: |

| | | |
|---|---|---|
| | | discovery. Schedule established with order to issue. (Court Reporter Digital Recording.) (Healy, Bethaney) (Entered: 05/14/2004) |
| 05/13/2004 | 10 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER: setting auto discl. by 6/1/04; req. for ints. and prod. of docs. served by 6/16/04; non-expert depos. compl. by 10/8/04; Ps' expert discl by 10/29/04; Ds' expert discl by 11/5/04; expert depos compl. by 1/31/05; case mgmt conf. set 2/3/05 at 10:30 a.m. in Courtroom Three, ENTERED, cc:cl. (Healy, Bethaney) (Entered: 05/14/2004) |
| 02/03/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counselk (Attys Radner and Murphy) appear for Case Management Conference held on 2/3/2005. Parties to notify court by 2/10/05 as to whether the parties are willing to consent to trial before M/J Neiman. Final pretrial conference set for 4/28/05 at 2:00 p.m. (In the event that the parties do not consent to M/J Neiman, the pretrial will go forward on 4/28/05 at 2:00 p.m. before District Judge Ponsor.) Trial is set for 5/9/05, at 9:00 a.m. Estimated trial length of 5 full days. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 02/03/2005) |
| 02/10/2005 | | Remark: Clerk received voicemail message from Atty Kevin Murphy, indicating that all parties consent to proceeding to trial before Magistrate Judge Neiman. Counsel will soon file an executed Consent form. Procedural Order to issue. (Healy, Bethaney) (Entered: 02/10/2005) |
| 02/16/2005 | 11 | CONSENT to Jurisdiction by US Magistrate Judge by ESTATE OF JOSE R. FELICIANO, Kevin A. Miles, Leroy Holding Company, Inc., SLC Transport, Inc... (Lindsay, Maurice) (Entered: 02/16/2005) |
| 02/16/2005 | | Case no longer referred to Magistrate Judge Kenneth |

| | | |
|---|---|---|
| | | P. Neiman. (Lindsay, Maurice) (Entered: 02/16/2005) |
| 02/16/2005 | | Judge Michael A Ponsor : ORDER entered granting 11 Parties' Consent to the Exercise of Jurisdiction by a U.S. Magistrate Judge, Case reassigned to Magistrate Judge Kenneth P. Neiman. for all purposes, including trial and entry of final judgment. Judge Michael A Ponsor no longer assigned to the case. Counsel are directed to the Court's Standing Orders re: Electronic Case Filing.(Lindsay, Maurice) (Entered: 02/16/2005) |
| 02/16/2005 | 12 | Magistrate Judge Kenneth P. Neiman. PROCEDURAL ORDER ENTERED, cc:cl. Final Pretrial Conference set for 4/28/2005 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. Jury Trial set for 5/9/2005 at 9:00 AM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. See Procedural Order for details. (Healy, Bethaney) Additional attachment(s) added on 2/18/2005 (Lindsay, Maurice). (Entered: 02/18/2005) |
| 04/13/2005 | 13 | Ptf's MOTION in Limine to preclude evidence of life insurance proceeds by ESTATE OF JOSE R. FELICIANO.(Lindsay, Maurice) (Entered: 04/14/2005) |
| 04/13/2005 | 14 | Ptf's MOTION in Limine with respect to the scope of Dft's expert's trial testimony by ESTATE OF JOSE R. FELICIANO. (Attachments: # 1 Exhibit - A (not scanned))(Lindsay, Maurice) (Entered: 04/14/2005) |
| 04/20/2005 | 15 | MOTION for Extension of Time to 4/26/05 to File pre-trial documents by Kevin A. Miles, Leroy Holding Company, Inc., SLC Transport, Inc..(Stuckenbruck, John) (Entered: 04/20/2005) |
| 04/21/2005 | | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 15 Motion for Extension of Time until 4/26/05 to File Pretrial Documents, ENTERED, cc:cl. (Healy, Bethaney) (Entered: 04/21/2005) |

| | | |
|---|---|---|
| 04/21/2005 | 16 | Defts' MOTION in Limine re: photographs numbered 51-63 by Kevin A. Miles, Leroy Holding Company, Inc., SLC Transport, Inc. filed.(Finn, Mary) (Entered: 04/21/2005) |
| 04/21/2005 | 17 | Defts' MOTION in Limine re: photographs numbered 68-87 by Kevin A. Miles, Leroy Holding Company, Inc., SLC Transport, Inc.filed.(Finn, Mary) (Entered: 04/21/2005) |
| 04/21/2005 | 18 | Defts' MOTION in Limine re: photographs numbered 93-95 by Kevin A. Miles, Leroy Holding Company, Inc., SLC Transport, Inc. filed.(Finn, Mary) (Entered: 04/21/2005) |
| 04/21/2005 | 19 | Defts' MOTION in Limine re: photographs number 97 by Kevin A. Miles, Leroy Holding Company, Inc., SLC Transport, Inc. filed.(Finn, Mary) (Entered: 04/21/2005) |
| 04/21/2005 | 20 | Defts' MOTION in Limine re: photograph number 99 by Kevin A. Miles, Leroy Holding Company, Inc., SLC Transport, Inc. filed.(Finn, Mary) Additional attachment(s) added on 4/21/2005 (Finn, Mary). (Entered: 04/21/2005) |
| 04/21/2005 | 21 | Defts' MOTION in Limine re: Jose Feliciano's 2002 tax returns by Kevin A. Miles, Leroy Holding Company, Inc., SLC Transport, Inc. filed.(Finn, Mary) (Entered: 04/21/2005) |
| 04/21/2005 | 22 | Defts' MOTION in Limine re: medical examiner's post mortem examination report by Kevin A. Miles, Leroy Holding Company, Inc., SLC Transport, Inc. filed. (Finn, Mary) (Entered: 04/21/2005) |
| 04/21/2005 | 23 | Defts' MOTION in Limine re: Pltf's expert's accident simulation and slide show by Kevin A. Miles, Leroy Holding Company, Inc., SLC Transport, Inc. filed. (Finn, Mary) (Entered: 04/21/2005) |
| | | |

| | | |
|---|---|---|
| 04/21/2005 | | Notice of correction to docket made by Court staff. Correction: document 20 corrected because: correct document was added and wrong document was deleted when choosing the document that related to the motion. (Finn, Mary) (Entered: 04/21/2005) |
| 04/21/2005 | 24 | Notice Resetting or Cancelling Hearing. Hearing rescheduled or cancelled: Final Pretrial Conference continued to April 29, 2005, at 2:30 p.m. in Courtroom Three (Healy, Bethaney) (Entered: 04/21/2005) |
| 04/25/2005 | 25 | Ptf's Opposition to Dft's 22 MOTION in Limine re: Medical Examiner's Post Mortem Examination, filed by ESTATE OF JOSE R. FELICIANO. (Lindsay, Maurice) (Entered: 04/25/2005) |
| 04/25/2005 | 26 | Ptf's Opposition to Dft's 18 MOTION in Limine re: Photographs # 93 - 95 filed by ESTATE OF JOSE R. FELICIANO. (Lindsay, Maurice) (Entered: 04/25/2005) |
| 04/25/2005 | 27 | Ptf's Opposition to Dft's 23 MOTION in Limine re: Ptf's expert's accident simulation and slide show filed by ESTATE OF JOSE R. FELICIANO. (Lindsay, Maurice) (Entered: 04/25/2005) |
| 04/25/2005 | 28 | Ptf's Opposition to Dft's 19 MOTION in Limine regarding photograph numbered 97, filed by ESTATE OF JOSE R. FELICIANO. (Lindsay, Maurice) (Entered: 04/25/2005) |
| 04/25/2005 | 29 | Ptf's Opposition to Dft's 16 MOTION in Limine re: Photographs # 51 - 63, filed by ESTATE OF JOSE R. FELICIANO. (Lindsay, Maurice) (Entered: 04/25/2005) |
| 04/25/2005 | 30 | Ptf's Opposition to Dft's 17 MOTION in Limine re: Photographs # 68-87, filed by ESTATE OF JOSE R. FELICIANO. (Lindsay, Maurice) (Entered: 04/25/2005) |
| | | |

| 04/25/2005 | 31 | Ptf's Proposed Jury Voir Dire Questionairre by ESTATE OF JOSE R. FELICIANO. (Lindsay, Maurice) (Entered: 04/25/2005) |
|---|---|---|
| 04/25/2005 | 32 | Ptf's Opposition to Dft's 20 MOTION in Limine re Photograph # 99, filed by ESTATE OF JOSE R. FELICIANO. (Lindsay, Maurice) (Entered: 04/25/2005) |
| 04/26/2005 | 33 | PARTIES JOINT PRETRIAL MEMORANDUM by ESTATE OF JOSE R. FELICIANO, Kevin A. Miles, Leroy Holding Company, Inc., SLC Transport, Inc. filed. (Finn, Mary) (Entered: 04/26/2005) |
| 04/26/2005 | 34 | Proposed Jury Questions by Kevin A. Miles, Leroy Holding Company, Inc., SLC Transport, Inc. (Healy, Bethaney) (Entered: 04/26/2005) |
| 04/26/2005 | 35 | Opposition re 14 MOTION in Limine filed by Kevin A. Miles, Leroy Holding Company, Inc., SLC Transport, Inc.. (Healy, Bethaney) (Entered: 04/26/2005) |
| 04/27/2005 | 36 | JOINT PRETRIAL MEMORANDUM by ESTATE OF JOSE R. FELICIANO. (Lindsay, Maurice) (Entered: 04/27/2005) |
| 04/27/2005 | 37 | STIPULATION OF UNCONTESTED facts. (Lindsay, Maurice) (Entered: 04/27/2005) |
| 04/29/2005 |  | Judge Kenneth P. Neiman : Electronic ORDER entered granting without opposition 13 Plaintiff's Motion in Limine to Preclude Evidence of Life Insurance Proceeds; denying without prejudice 14 Plaintiff's Motion in Limine with Respect to the Scope of Defendants' Expert's Trial Testimony; granting in part and denying in part 16 Defendants' Motion in Limine Regarding Photographs 51 through 63 as follows: granting the motion with regard to Nos. 51 through 55, 58 and 59, 62 and 63, granting the motion without prejudice with regard to Nos. 56, 57 and 60, |

| | | |
|---|---|---|
| | | and denying the motion without opposition with regard to No. 61; denying without prejudice 17 Defendants' Motion in Limine with Regard to Photographs 68 through 87; denying without prejudice 18 Defendants' Motion in Limine Regarding Photographs 93 through 95; granting in part and denying in part 19 Motion in Limine Regarding Photograph Number 97 as follows: denying the motion with regard to "JP" documents and granting the motion without prejudice with regard to the business certificate; granting 20 Defendants' Motion in Limine Regarding New York Commercial Driver's Manual; granting without opposition 21 Defendants' Motion in Limine Regarding 2002 Tax Returns; denying 22 Defendants' Motion in Limine Regarding Post Mortem Examination Report; and denying without prejudice 23 Defendants' Motion in Limine Regarding Plaintiff's Expert's Accident Simulation and Slide Show. So ordered. (Neiman, Kenneth) (Entered: 04/29/2005) |
| 04/29/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Radner and Murphy) appear for Final Pretrial Conference held on 4/29/2005. Clarification of remaining counts of complaint (counts 2, 5, and 8 have been dismissed). Arguments re: motions in limine. Colloquy r: trial procedures. Trial set for 5/9/05 at 9:00 a.m. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 05/03/2005) |
| 05/02/2005 | 38 | Proposed Jury Instructions by Estate of Jose R. Feliciano. (Stuckenbruck, John) Modified on 5/2/2005 to change defendants to plaintiff as filer. (Stuckenbruck, John). (Entered: 05/02/2005) |
| 05/02/2005 | 39 | Proposed Special Jury Verdict by Estate of Jose R. Feliciano (Stuckenbruck, John) Modified on 5/2/2005 to change defendants to plaintiff as filer (Stuckenbruck, John). (Entered: 05/02/2005) |

| | | |
|---|---|---|
| 05/02/2005 | ○ | Notice of correction to docket made by Court staff. Correction: Doc. # 38, 39 corrected to change filer from defendants to plaintiff. (Stuckenbruck, John) (Entered: 05/02/2005) |
| 05/09/2005 | 40 | Witness List by Kevin A. Miles, Leroy Holding Company, Inc., SLC Transport, Inc., filed. (Healy, Bethaney) (Entered: 05/10/2005) |
| 05/09/2005 | 41 | Witness List by Estate of Jose R. Feliciano, filed. (Healy, Bethaney) (Entered: 05/10/2005) |
| 05/09/2005 | 42 | Exhibit List by Estate of Jose R. Feliciano, Kevin A. Miles, Leroy Holding Company, Inc., SLC Transport, Inc., filed.(Healy, Bethaney) (Entered: 05/10/2005) |
| 05/09/2005 | ○ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Radner and Murphy) and parties appear for Jury Selection and Jury Trial held on 5/9/2005. Jury selected. Openings. Testimony begins at 12:45 p.m., with testimony heard from Stephen Moore, Pablo Morales and Kevin A. Miles. Trial adjourned for the day at 3:50 p.m., to reconvene at 9:00 a.m. on Tuesday, May 10, 2005. (Court Reporter S. Mubarek.) (Healy, Bethaney) (Entered: 05/10/2005) |
| 05/10/2005 | ○ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Radner and Murphy) appear for Jury Trial (Day Two) held on 5/10/2005. Evidence continues with testimony from Dr. Jack Sparks, Clayton Arline, Dennis Fenton, Melissa Feliciano, Migdalia Rosado. Brief conference out of presence of jury re: scheduling/logistics. Trial adjourned at 4:10 p.m., to reconvene at 9:00 a.m. on Wednesday, May 11, 2005. (Court Reporter S. Mubarek.) (Healy, Bethaney) (Entered: 05/10/2005) |
| 05/11/2005 | 43 | MOTION for Judgment as a matter of law filed by Kevin A. Miles, Leroy Holding Company, Inc., SLC |

| | | |
|---|---|---|
| | | Transport, Inc..(Healy, Bethaney) (Entered: 05/11/2005) |
| 05/11/2005 | 🔍 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Radner and Murphy) appear for Jury Trial (Day Three) held on 5/11/2005. Evidence continues with testimony heard from (Pedro Rivera-Moran, Dawn Rodgers, Migdalia Rosado and Jose L. Feliciano). Plaintiff rests at 10:15 a.m. Jury excused for day. Defendants files 43 MOTION for Judgment as a Matter of Law. Recess. Arguments heard. Court allows motion in part; denies motion in part. Trial to resume with Defendants' case commencing at 9:00 a.m. on Thursday, May 12, 2005. (Court Reporter S. Mubarek.) (Healy, Bethaney) (Entered: 05/11/2005) |
| 05/12/2005 | 🔍 | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting in part and denying in part 43 Motion for Judgment as a Matter of Law, ENTERED, cc:cl. "As stated in open court, the Motion is allowed with respect to Counts 2, 5, 7, 8 and 9 and Counts 3 and 6, insofar as Plaintiff seeks punitive damages for malicious, willful or reckless conduct. In all other respects, the Motion is denied. So ordered." (Healy, Bethaney) (Entered: 05/12/2005) |
| 05/12/2005 | 🔍 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Radner and Murphy) appear for Jury Trial Day Four held on 5/12/2005. Evidence continues with testimony from John Jakubowski. Defendant rests. Jury excused at 11:40 for lunch. Renewed motion by Defendant for judgment as a matter of law. Motion denied. Charge conference. Defendants closing arguments from 1:25-1:53 p.m. Plaintiff's closig from 1:55-2:36 p.m. Jury charge. Jury deliberations begin at 3:05 p.m. Question from jury. Court adjourned for the day at 5:00 p.m., to reconvene at 9:00 a.m. on Friday, May 13, 2005. |

| | | |
|---|---|---|
| | | (Court Reporter S. Mubarek.) (Healy, Bethaney) (Entered: 05/13/2005) |
| 05/12/2005 | 44 | MOTION for Judgment as a Matter of Law as to comparative negligence by Kevin A. Miles, Leroy Holding Company, Inc., SLC Transport, Inc.(Healy, Bethaney) (Entered: 05/16/2005) |
| 05/12/2005 | | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER denying 44 Motion for Judgment as a Matter of Law, ENTERED, cc:cl. DENIED for the reasons stated in court this day. (Healy, Bethaney) (Entered: 05/16/2005) |
| 05/12/2005 | 45 | Jury Instructions filed. (Healy, Bethaney) (Entered: 05/16/2005) |
| 05/12/2005 | 46 | Magistrate Judge Kenneth P. Neiman. ORDER Prohibiting Post-Verdict Contact with Jurors, ENTERED, cc:cl. ORDER entered. (Healy, Bethaney) (Entered: 05/16/2005) |
| 05/13/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Radner and Murphy) appear for Jury Trial Day Five held on 5/13/2005. Jury deliberations continue at 9:00 a.m. Jury question at 11:08 a.m. Jury returns to courtroom for answer to question. jury deliberations resume. Note reporting verdict returned at 1:12 p.m. Verdict returned at 1:30 in favor of Plaintiffs (See Special Verdict for details.). Order re: prohibition of jury contact entered. Jury dismissed at 2:00 p.m. Defts renew motion for judgment as a matter of law. Court instructs counsel to file the motion after the judgment is entered. (Court Reporter S. Mubarek.) (Healy, Bethaney) (Entered: 05/13/2005) |
| 05/13/2005 | 47 | JURY VERDICT in favor of Plaintiff against Defendants. (Healy, Bethaney) (Entered: 05/16/2005) |
| 05/17/2005 | 48 | Magistrate Judge Kenneth P. Neiman. JUDGMENT |

| | | |
|---|---|---|
| | | ENTERED, cc:cl. "In accord with the court's ruling on May 12, 2005, judgment is entered for Defendants as to Counts 3 and 6, insofar as Plaintiff sought punitive damages for malicious, willful or reckless conduct. In accord with the jury's verdict entered on 5/13/05, judgment is entered for Plaintiff in the amount of $290,000, plus prejudgment interest in the amount of $49,005.66; judgment is entered for the Plaintiff in the amount of $85,000 in punitive damages, for a total award of $424,005.66."(Healy, Bethaney) (Entered: 05/17/2005) |
| 05/23/2005 | 49 | BILL OF COSTS by Estate of Jose R. Feliciano. (Lindsay, Maurice) (Entered: 05/23/2005) |
| 05/25/2005 | 50 | RENEWED MOTION for Judgment as a Matter of Law re:punitive damages by Kevin A. Miles, Leroy Holding Company, Inc., SLC Transport, Inc.. (Stuckenbruck, John) (Entered: 05/25/2005) |
| 05/26/2005 | 51 | Defendants' Opposition to Plaintiff's Bill of Costs, doc. #49, filed (Stuckenbruck, John) (Entered: 05/26/2005) |
| 05/26/2005 | 52 | Pltf's Opposition to the Defts' 50 RENEWED MOTION for Judgment as a Matter of Law by Estate of Jose R. Feliciano filed. (Finn, Mary) (Entered: 05/26/2005) |
| 05/26/2005 | 53 | Pltf's Verification of Bill of Costs by Affidavit of Counsel Samuel M. Radner filed. (Attachments: # 1) (Finn, Mary) (Entered: 05/26/2005) |
| 06/17/2005 | 54 | Judge Kenneth P. Neiman : MEMORANDUM AND ORDER entered. The Defts' renewed motion for judgment as a matter of law - 50 is DENIED; cc/cl. (Finn, Mary) (Entered: 06/17/2005) |
| 06/17/2005 | | Judge Kenneth P. Neiman : Electronic ORDER entered granting (Document No 49) Plaintiffs' request for all costs set forth therein, except for $500 in |

| | | |
|---|---|---|
| | | attorney's fees, Plaintiffs not having filed a motion pursuant to Fed. R. Civ. P. 4(d)(5), which motion might otherwise have entitled them to such a fee. So ordered.(Neiman, Kenneth) (Entered: 06/17/2005) |
| 07/15/2005 | 55 | Defts' NOTICE OF APPEAL as to the 54 Order entered by the Court denying their Motion for Judgment as a Matter of Law filed. Filing fee of $255.00 not paid. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/4/2005. (Finn, Mary) (Entered: 07/15/2005) |
| 07/18/2005 | 56 | Pltf's Letter/request (non-motion) from Samuel R. Radner requesting that a Writ of Execution be issued. (Finn, Mary) (Entered: 07/18/2005) |
| 07/18/2005 | 57 | WRIT of Execution in the amount of $438,006.91 issued by the Court. Original to Counsel. (Finn, Mary) (Entered: 07/18/2005) |
| 07/18/2005 | 58 | AMENDED WRIT of Execution in the amount of $438,006.91 issued by the Court. Original to Counsel. (Writ of Execution redone due to typographical errors) (Finn, Mary) (Entered: 07/18/2005) |
| 07/19/2005 | | USCA Appeal Fees received in the amount of $255.00. Receipt number 305999 re 55 Notice of Appeal by Kevin A. Miles,, Leroy Holding Company, Inc.,, SLC Transport, Inc. (Finn, Mary) (Entered: 07/19/2005) |