# United States Court of Appeals
## For the First Circuit

No. 05-2116

ESTATE OF JOSE R. FELICIANO, By and through Jose L.
Feliciano and Migdalia Rosado, as Administrators of the
Estate of Jose R. Feliciano,
Plaintiff, Appellee,

v.

KEVIN A. MILES; SLC TRANSPORT, INC.,
Defendants, Appellants,

LEROY HOLDING COMPANY, INC.,
Defendant.

### JUDGMENT

Entered: November 7, 2005

Upon consideration of stipulation,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Richard Cushing Donovan, Clerk

By: _____
Appeals Attorney.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: NOV 07 2005

[cc: Messrs: Murphy and Radner]